B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ridoloso, Priscilla Bridoloso** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1802** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**6589 Bradford Ct.**<br>**Rancho Cucamonga, CA**           ZIP Code **91701** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☑ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ridoloso, Priscilla Bridoloso** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**    **/s/ H. Jasmine Dzhanszyan**      **September 28, 2010** <br> Signature of Attorney for Debtor(s)        (Date) <br> **H. Jasmine Dzhanszyan 240462** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____

           (Name of landlord that obtained judgment)

           _____

           (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
|---|---|
| | **Ridoloso, Priscilla Bridoloso** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Priscilla Bridoloso Ridoloso**
Signature of Debtor   **Priscilla Bridoloso Ridoloso**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 28, 2010**
Date

#### Signature of Attorney*

X **/s/ H. Jasmine Dzhanszyan**
Signature of Attorney for Debtor(s)

**H. Jasmine Dzhanszyan 240462**
Printed Name of Attorney for Debtor(s)

**Ray Bulaon Law Offices, Inc.**
Firm Name

**315 Arden Avenue, Suite 22**
**Glendale, CA 91203**

_____
Address

**(818) 243-7745  Fax: (818) 243-7795**
Telephone Number

**September 28, 2010            240462**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re   **Priscilla Bridoloso Ridoloso**

Case No. _____

Debtor(s)

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                   Page 2

&#9744; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9744; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9744; Active military duty in a military combat zone.

&#9744; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Priscilla Bridoloso Ridoloso**

                                   **Priscilla Bridoloso Ridoloso**

Date:    **September 28, 2010**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Previous Chapter 7 Bankruptcy filed in 1994 in San Bernardino. Checked Pacer, Los Angeles Archives and U.S. Pacer but no record found.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **West Covina**                         , California.      **/s/ Priscilla Bridoloso Ridoloso**
                                                                          **Priscilla Bridoloso Ridoloso**
Dated         **September 28, 2010**                                     *Debtor*


                                                                          _____
                                                                          *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy

B201 - Notice of Available Chapters (Rev. 12/08)                                                                    USBC, Central District of California

Name:    **H. Jasmine Dzhanszyan 240462**

Address:    **315 Arden Avenue, Suite 22**
            **Glendale, CA 91203**

Telephone:    **(818) 243-7745**    Fax:    **(818) 243-7795**

■ Attorney for Debtor
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Priscilla Bridoloso Ridoloso** | Case No.: |
| --- | --- |
| | ## NOTICE OF AVAILABLE CHAPTERS<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge**. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

   1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

   2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

   3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Priscilla Bridoloso Ridoloso** | X **/s/ Priscilla Bridoloso Ridoloso** | **September 28, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Priscilla Bridoloso Ridoloso**                                                   Case No. _____
                                                                            ,
                                          Debtor

                                                                            Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 400,000.00 | | |
| B - Personal Property | Yes | 4 | 65,585.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 390,231.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 5,653.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 23,213.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | 9,304.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,049.02 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | Total Assets | | 465,585.00 | | |
| | | Total Liabilities | | 419,097.66 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re   **Priscilla Bridoloso Ridoloso**
_____ ,
                                    Debtor

Case No. _____

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 5,653.66 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 5,653.66 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 9,304.21 |
| Average Expenses (from Schedule J, Line 18) | 8,049.02 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 14,292.96 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,829.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 5,653.66 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 23,213.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 33,042.00 |

B6A (Official Form 6A) (12/07)

.

In re    **Priscilla Bridoloso Ridoloso**                                ,    Case No. _____
                                                                 Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary Residence;**<br>**6589 Bradford Ct.**<br>**Rancho Cucamonga, CA 91701**<br><br>**LIQUIDATION ANALYSIS:**<br>**FMV: $400,000**<br>**Liens: $356,802**<br>**COS 8%: $32,000**<br>――――――――――<br>**TTL EQUITY: $11,198**<br>**Wildcard Exemptn: - $9890**<br>――――――――――<br>**TTL EQUITY: $1,308** | **Community Property Interest** | - | **400,000.00** | **356,802.00** |

|  |  |
|---|---|
| Sub-Total > | **400,000.00** | (Total of this page) |
| Total > | **400,000.00** |  |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Priscilla Bridoloso Ridoloso**                                    ,    Case No. _____
_____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| 1.  Cash on hand | | **Cash** | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Arrowhead Credit Union Checking Account** | - | 500.00 |
| | | **Kaiser Federal Credit Union Checking Account** | - | 800.00 |
| | | **First U.S. Bank Savings Account** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture & Appliances** | - | 4,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 300.00 |
| 7.  Furs and jewelry. | | **Jewelry** | - | 800.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Principal Life Insurance No cash value** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | 6,500.00 |
| --- | --- | --- |
|  | (Total of this page) |  |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Priscilla Bridoloso Ridoloso**                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k ERISA qualified** **Not part of the Bankruptcy estate per section 541(c)(2)** | - | 10,000.00 |
| | | **401k ERISA qualified** **Not part of the Bankruptcy estate per section 541(c)(2)** | - | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **20,000.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Priscilla Bridoloso Ridoloso**                                                    ,          Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F150 260,000 miles**<br><br>**Not Reliable** | - | 5,005.00 |
| | | **2009 Honda Accord 50,000 miles** | - | 13,395.00 |
| | | **2005 Mitsubishi Eclipse 88,000 miles** | - | 5,200.00 |
| | | **2002 Mercedes Benz SLK 20,000 miles**<br><br>**Paid off Daughter drives and maintains vehicle.** | - | 13,485.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >                37,085.00
(Total of this page)

Sheet   __2__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Priscilla Bridoloso Ridoloso**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Burial Plot** **Paid off** | - | 2,000.00 |

|  | Sub-Total > | **2,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **65,585.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Priscilla Bridoloso Ridoloso** ,   Case No. _____
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Primary Residence;** **6589 Bradford Ct.** **Rancho Cucamonga, CA 91701** | C.C.P. § 703.140(b)(5) | 9,890.00 | 400,000.00 |
| **LIQUIDATION ANALYSIS:** **FMV: $400,000** **Liens: $356,802** **COS 8%: $32,000** | | | |
| **TTL EQUITY: $11,198** **Wildcard Exemptn: - $9890** | | | |
| **TTL EQUITY:  $1,308** | | | |
| **Cash on Hand** **Cash** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Arrowhead Credit Union** **Checking Account** | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| **Kaiser Federal Credit Union** **Checking Account** | C.C.P. § 703.140(b)(5) | 800.00 | 800.00 |
| **Household Goods and Furnishings** **Furniture & Appliances** | C.C.P. § 703.140(b)(3) | 4,000.00 | 4,000.00 |
| **Wearing Apparel** **Clothing** | C.C.P. § 703.140(b)(3) | 300.00 | 300.00 |
| **Furs and Jewelry** **Jewelry** | C.C.P. § 703.140(b)(4) | 800.00 | 800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** **401k ERISA qualified** **Not part of the Bankruptcy estate per section 541(c)(2)** | C.C.P. § 703.140(b)(10)(E) | 10,000.00 | 10,000.00 |
| **401k ERISA qualified** **Not part of the Bankruptcy estate per section 541(c)(2)** | C.C.P. § 703.140(b)(10)(E) | 10,000.00 | 10,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2002 Mercedes Benz SLK** **20,000 miles** | C.C.P. § 703.140(b)(2) C.C.P. § 703.140(b)(5) | 3,525.00 9,960.00 | 13,485.00 |
| **Paid off** **Daughter drives and maintains vehicle.** | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

**B6C (Official Form 6C) (4/10) -- Cont.**

In re   **Priscilla Bridoloso Ridoloso**                              ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Burial Plot** | **C.C.P. § 703.140(b)(5)** | **2,000.00** | **2,000.00** |
| **Paid off** | | | |

| | Total: | **51,875.00** | **441,985.00** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Priscilla Bridoloso Ridoloso**                              ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx1001 <br><br> **Capital One Auto Finance** <br> Po Box 60511 <br> City of Industry, CA 91716 | - | | Opened 1/01/06 <br><br> Auto Loan <br><br> 2005 Mitsubishi Eclipse <br> 88,000 miles | | | | | |
| | | | Value $      5,200.00 | | | | 6,378.00 | 1,178.00 |
| Account No. xxxx2392 <br><br> **Ford Motor Credit Corp.** <br> Po Box 7172 <br> Pasadena, CA 91109 | - | | Opened 1/01/05 <br><br> Auto Loan <br><br> 2005 Ford F150 <br> 260,000 miles <br><br> Not Reliable | | | | | |
| | | | Value $      5,005.00 | | | | 7,403.00 | 2,398.00 |
| Account No. xxxxx8690 <br><br> **Honda Financial** <br> Po Box 6070 <br> Cypress, CA 90630 | - | | Opened 10/01/08 <br><br> Auto Loan <br><br> 2009 Honda Accord <br> 50,000 miles | | | | | |
| | | | Value $     13,395.00 | | | | 19,648.00 | 6,253.00 |
| Account No. xxxxxx8577 <br><br> **Lend America** <br> Po Box 77404 <br> Trenton, NJ 08628 | - | | Opened 12/01/08 <br> Mortgage <br> Primary Residence; <br> 6589 Bradford Ct. <br> Rancho Cucamonga, CA 91701 <br> LIQUIDATION ANALYSIS: <br> FMV: $400,000 <br> Liens: $356,802 | | | | | |
| | | | Value $     400,000.00 | | | | 356,802.00 | 0.00 |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 390,231.00 | 9,829.00 |
| Total <br> (Report on Summary of Schedules) | 390,231.00 | 9,829.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Priscilla Bridoloso Ridoloso**                                                      ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                        <u>1</u>      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Priscilla Bridoloso Ridoloso_____,   Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2004 | | | | | | |
| Franchise Tax Board Special Procedures P O Box 2952 Sacramento, CA 95812-2952 | - | | | | | | 5,653.66 | 0.00 | 5,653.66 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 5,653.66 | 5,653.66 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 5,653.66 | 5,653.66 |

B6F (Official Form 6F) (12/07)

In re      **Priscilla Bridoloso Ridoloso**                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx1204 <br><br>**Capital One**<br>**Po Box 85015**<br>**Richmond, VA 23285** | | - | Opened 5/01/01<br>ChargeAccount | | | | 3,899.00 |
| Account No. xxxxxxx1263 <br><br>**Capital One**<br>**Po Box 85015**<br>**Richmond, VA 23285** | | - | Opened 5/01/97<br>ChargeAccount | | | | 3,413.00 |
| Account No. xxxxxxx2718 <br><br>**Capital One**<br>**Po Box 85015**<br>**Richmond, VA 23285** | | - | Opened 6/01/02<br>ChargeAccount | | | | 1,263.00 |
| Account No. xxxxxxxxxxx8546 <br><br>**Chase/Cc**<br>**225 Chastain Meadows Ct., Nw**<br>**Kennesaw, GA 30144** | | - | Opened 11/01/90<br>ChargeAccount | | | | 522.00 |
| __2__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 9,097.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Priscilla Bridoloso Ridoloso**                                    ,     Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxx2748**<br><br>**Hfc**<br>**PO BOX 5233**<br>**Carol Stream, IL 60197** | - | | Opened 1/01/07<br>ChargeAccount | | | | 4,000.00 |
| Account No. **xxxxxxxx1131**<br><br>**Hsbc Bank**<br>**Po Box 19360**<br>**Portland, OR 97280** | - | | Opened 3/01/06<br>ChargeAccount | | | | 2,326.00 |
| Account No. **xxxxxxxx7701**<br><br>**Hsbc Bank**<br>**Po Box 19360**<br>**Portland, OR 97280** | - | | Opened 7/01/02<br>ChargeAccount | | | | 2,177.00 |
| Account No. **xxxxxxxxxxx2090**<br><br>**Mainstcorp**<br>**3950 Johns Creek Court  Suite 100**<br>**Suwanee, GA 30024** | - | | Opened 8/01/09<br>ChargeAccount | | | | 2,383.00 |
| Account No. **xxxxxx8483**<br><br>**Midland**<br>**8875 Aero Drive Suite 200**<br>**San Diego, CA 92123** | - | | Opened 1/01/10<br>ChargeAccount | | | | 885.00 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **11,771.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Priscilla Bridoloso Ridoloso**                                            ,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1007**<br><br>**Midland**<br>**8875 Aero Drive Suite 200**<br>**San Diego, CA 92123** | - | | **Opened 6/01/09**<br>**ChargeAccount** | | | | 605.00 |
| Account No. **xxxxxxx0296**<br><br>**Paris and Paris, LLP**<br>**424 Pico Blvd.**<br>**Santa Monica, CA 90405** | - | | **Collections Hfc** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3288**<br><br>**Rickenbacker Group**<br>**15005 Concord Cir**<br>**Morgan Hill, CA 95037** | - | | **Opened 8/27/09**<br>**Collection Bill And Wags Towing** | | | | 1,740.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 2,345.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 23,213.00 |

B6G (Official Form 6G) (12/07)

.

In re    **Priscilla Bridoloso Ridoloso**                                              ,        Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re __Priscilla Bridoloso Ridoloso_____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

__0__
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Priscilla Bridoloso Ridoloso_____     Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**19**<br>**21**<br>**23** |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **RN** | **Retired** |
| Name of Employer | **Hollywood Presbyterian Medical Center** | |
| How long employed | **22 years** | |
| Address of Employer | **1300 N. Vermont**<br>**Los Angeles, CA 90027** | |

**\*See Attachment for Additional Employment Information**

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **7,018.13** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **7,018.13** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **948.09** | $ | **0.00** |
|    b.  Insurance | $ | **97.67** | $ | **0.00** |
|    c.  Union dues | $ | **88.01** | $ | **0.00** |
|    d.  Other (Specify)        **See Detailed Income Attachment** | $ | **2,251.67** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **3,385.44** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,632.69** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify):        **SS** | $ | **0.00** | $ | **621.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify):        **Employment (Kaiser)** | $ | **5,050.52** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **5,050.52** | $ | **621.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **8,683.21** | $ | **621.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **9,304.21** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Priscilla Bridoloso Ridoloso**                                        Case No. _____

_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---:|---|---:|
| **Life Insurance** | $ 161.69 | $ | 0.00 |
| **AD&D** | $ 12.54 | $ | 0.00 |
| **Aflac** | $ 105.60 | $ | 0.00 |
| **401k** | $ 1,263.26 | $ | 0.00 |
| **401k Loan** | $ 708.58 | $ | 0.00 |
| **Total Other Payroll Deductions** | $ 2,251.67 | $ | 0.00 |

**B6I (Official Form 6I) (12/07)**

In re   __Priscilla Bridoloso Ridoloso__                                    Case No.   _____
                                         Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | **RN** | |
| Name of Employer | **Kaiser Permanente** | |
| How long employed | **6 years** | |
| Address of Employer | **1101 Baldwin Pk.** **Baldwin Park, CA 91706** | |

B6J (Official Form 6J) (12/07)

In re  **Priscilla Bridoloso Ridoloso** _____     Case No. _____
                                   Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,156.00 |
|    a. Are real estate taxes included?  Yes **X**  No ___ | | |
|    b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 221.00 |
|            b. Water and sewer | | $ 113.00 |
|            c. Telephone | | $ 70.00 |
|            d. Other  **See Detailed Expense Attachment** | | $ 215.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 75.00 |
| 4. Food | | $ 1,000.00 |
| 5. Clothing | | $ 125.00 |
| 6. Laundry and dry cleaning | | $ 100.00 |
| 7. Medical and dental expenses | | $ 150.00 |
| 8. Transportation (not including car payments) | | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| 10. Charitable contributions | | $ 60.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 74.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 207.99 |
|            e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 758.98 |
|            b. Other  **Honda** | | $ 492.34 |
|            c. Other  **Eclipse** | | $ 480.71 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **Personal Hygiene/Grooming** | | $ 125.00 |
|     Other  **Exigent Circumstances** | | $ 125.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **8,049.02**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 9,304.21 |
| b. | Average monthly expenses from Line 18 above | $ 8,049.02 |
| c. | Monthly net income (a. minus b.) | $ 1,255.19 |

B6J (Official Form 6J) (12/07)

In re  **Priscilla Bridoloso Ridoloso**                                                Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell phone** | $ | **70.00** |
| **Internet** | $ | **25.00** |
| **Cable** | $ | **120.00** |
| **Total Other Utility Expenditures** | $ | **215.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Priscilla Bridoloso Ridoloso**               Case No. _____

                                                 Debtor(s)       Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **22**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 28, 2010**                Signature    **/s/ Priscilla Bridoloso Ridoloso**
                                                       **Priscilla Bridoloso Ridoloso**
                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re  **Priscilla Bridoloso Ridoloso**                                             Case No.
                                                                 Debtor(s)          Chapter    **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$117,240.00** | **2010 YTD: Employment Income** |
| **$182,965.00** | **2009: Employment Income** |
| **$171,636.00** | **2008: Employment Income** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,968.00** | **2010 YTD: SS Benefits** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Beneficial v. Priscilla Ridoloso** <br> **Case No.: CIVRS900296** | **Complaint for monies** | **Suprior Court of California** <br> **County of San Bernardino** <br> **303 West 3rd Street** <br> **San Bernardino, CA** <br> **92415-0008** | **Pending** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Paris and Paris, LLP**<br>**424 Pico Blvd.**<br>**Santa Monica, CA 90405** | **4/19/2010** | **Wage Garnishment** |

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ray Bulaon Law Offices, Inc.** **315 Arden Avenue, Suite 22** **Glendale, CA 91203** | **7/2010** | **$2,000 plus filing fee paid.** **$2,000 included in plan.** |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Francisco Reyes** **1161 West Vista Ave.** **Ontario, CA 91762** **Friend** | **02/10/2010** | **1988 Dodge Caravan** **$0** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

6

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■        employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date  **September 28, 2010**                    Signature  **/s/ Priscilla Bridoloso Ridoloso**
                                                           **Priscilla Bridoloso Ridoloso**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88) | 1998 USBC, Central District of California |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Priscilla Bridoloso Ridoloso** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ 4,000.00 |
| Prior to the filing of this statement I have received | $ 2,000.00 |
| Balance Due | $ 2,000.00 |

2. $ 274.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☐ Debtor   ■ Other (specify):   **$2,000 plus filing fee paid. $2,000 included in plan.**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **September 28, 2010** | **/s/ H. Jasmine Dzhanszyan** |
|---|---|
| *Date* | **H. Jasmine Dzhanszyan 240462** |
| | *Signature of Attorney* |
| | **Ray Bulaon Law Offices, Inc.** |
| | *Name of Law Firm* |
| | **315 Arden Avenue, Suite 22** |
| | **Glendale, CA 91203** |
| | **(818) 243-7745  Fax: (818) 243-7795** |

February 2006                                                    2006 USBC Central District of California

# United States Bankruptcy Court
## Central District of California

In re   **Priscilla Bridoloso Ridoloso**

Debtor(s)

Case No.

Chapter   **13**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,   **Priscilla Bridoloso Ridoloso**  , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■         I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐         I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐         I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I,  __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐         I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐         I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐         I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   **September 28, 2010**

Signature   **/s/ Priscilla Bridoloso Ridoloso**

**Priscilla Bridoloso Ridoloso**

Debtor

01/02/2007  21:29    9099894645                                          PAGE  02
Case 6:10-bk-41299-MJ    Doc 1    Filed 09/28/10    Entered 09/28/10 14:11:09    Desc
Main Document      Page 42 of 76

| PRISCILLA B RIDOLOSO | Kaiser Foundation Hospitals | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 6589 Bradford Court | Employee ID: 00247094 | Marit.Status: | Married | Married |
| Rancho Cucamonga, CA  91701 | Dept:     0250    Loc:  5511 | Allowances: | 8 | 8 |
| | Base Rate:  51.387000 Hourly | Addl.Allowan.: | | |
| | Workweek Start: Sunday 00.01.00 | Addl.Amt.: | | |

| Pay Group:  B11 | Busin.Unit:B0002 |
|---|---|
| Pay Begin:  08/08/2010 | Advice#:  000002052226582 |
| Pay End Dt:  08/31/2010 | Advice Dt:  08/27/2010 |

## HOURS AND EARNINGS / TAXES

| Description | Beg Dt End Dt | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|
| Regular | | 51.3870 | 57.41 | 2950.13 | 799.65 | 39745.74 |
| Evening Diff Worked | | 2.3360 | 25.00 | 58.25 | 340.16 | 791.20 |
| Night Diff Worked | | 3.2560 | 32.56 | 106.00 | 491.00 | 1598.69 |
| Relief Higher Class | | 1.7980 | 17.56 | 31.58 | 143.19 | 249.05 |
| Premium 2.0 | | 102.8000 | 0.15 | 15.42 | 8.67 | 956.79 |
| MTG REG | | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 |
| TRAINREG | | 0.0000 | 0.00 | 0.00 | 8.02 | 395.23 |
| EVE DIF NW | | 0.0000 | 0.00 | 0.00 | 107.00 | 237.26 |
| MGTOIF NW | | 0.0000 | 0.00 | 0.00 | 122.00 | 397.23 |
| HOLWK2.5B1 | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.03 |
| FMLA SIC | | 0.0000 | 0.00 | 0.00 | 48.00 | 2396.63 |
| LEGAL HOL | | 0.0000 | 0.00 | 0.00 | 19.00 | 942.68 |
| VAC PTO | | 0.0000 | 0.00 | 0.00 | 68.00 | 3355.02 |
| LOW CEN WK | | 0.0000 | 0.00 | 0.00 | 5.23 | 260.29 |
| SICK ESL | | 0.0000 | 0.00 | 0.00 | 60.00 | 3951.02 |
| EDUC DAY | | 0.0000 | 0.00 | 0.00 | 8.00 | 398.15 |
| FLEX PERS | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.97 |
| OT ADJST | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| RLHC1.5 @1 | | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| WKLY OT 1 | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRM 1.5 @1 | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| WKDT @ 1.0 | | 0.0000 | 0.00 | 0.00 | 0.15 | 18.64 |
| RLHC2.0 @1 | | 0.0000 | 0.00 | 0.00 | 3.95 | 19.50 |
| 2.5 @ 1.0 | | 0.0000 | 0.00 | 0.00 | 2.48 | 300.08 |
| PSP | | 0.0000 | 0.00 | 0.00 | 2.00 | 906.84 |
| UNP V/P/E | | 0.0000 | 0.00 | 0.00 | 61.00 | 0.00 |
| UNPD LV | | 0.0000 | 0.00 | 0.00 | 60.00 | 0.00 |
| Total: | HRS WRK CUR 57.56 YTD 859.74 | 132.88 | | 3161.28 | 2423.06 | 59879.97 |

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 148.83 | 2437.73 |
| Fed MED/EE | 45.84 | 869.26 |
| Fed OASDI/EE | 196.00 | 3712.56 |
| CA Withholding | 59.84 | 1551.55 |
| CA SDI/EE | 34.77 | 658.60 |
| Total: | 485.28 | 9328.78 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 10278.56 |
| Dental | 52.73 | 843.68 |
| 401/HSA MATCH | 39.52 | 737.19 |
| LTD | 14.70 | 226.80 |
| Life Insure | 0.30 | 9.80 |
| ADSD | 0.04 | 0.64 |
| ER PRP 1% CONT | 0.00 | 824.86 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| 401K/TSR | 379.35 | 6994.08 | Garnishments-Wr | 668.00 | 6239.78 |
| | | | 401K Loan 1 | 390.36 | 1561.04 |
| | | | Union Dues | 47.74 | 811.58 |
| | | | COPE | 2.50 | 42.50 |
| | | | 401K Loan 2 | 0.00 | 1872.31 |
| Total: | 379.35 | 6994.08 | | 1108.60 | 10527.21 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3161.28 | 2781.93 | 485.28 | 1488.85 | 1187.15 |
| YTD: | 59879.97 | 52865.89 | 9328.78 | 17521.29 | 33029.90 |

| LEAVE BALANCES | Current | YTD |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 12.00 |
| VAC/PTO/ETO | 0.00 | 20.00 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 333378183 | 700.00 |
| ROUTING # | 322276183 | 487.15 |
| Total: | | 1187.15 |

Advice No.
000002052226582

**KAISER PERMANENTE.**
Kaiser Foundation Hospitals      Date: 08/27/2010    Pay Amount: **$1187.15**
2701 NW Vaughn Suite 490
Portland, OR  97210

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO
6589 Bradford Court                    **NON-NEGOTIABLE**
Rancho Cucamonga, CA  91701

B0002/5511/0250

Case 6:09-bk-41200-MJ    Doc 1    Filed 09/28/10    Entered 09/28/10 14:11:00    Desc
Main Document    Page 43 of 76

| Pay Group: | B11 | Busin Unit: B0002 |
| Pay Begin: | 07/25/2010 | Advice #: 000002052222156 |
| Pay End: | 08/07/2010 | Advice Dt: 08/13/2010 |

## HOURS AND EARNINGS

| Description/Beg Dt End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 81.3870 | 84.35 | 2792.88 | 742.74 | 39765.91 |
| Evening Diff Non Wrk | 2.3260 | 5.00 | 11.63 | 102.00 | 237.26 |
| Evening Diff Worked | 2.3260 | 19.23 | 44.73 | 315.18 | 233.06 |
| Night Diff Worked | 3.2560 | 35.82 | 115.98 | 458.44 | 1492.08 |
| Night Diff Non Work | 3.2560 | 7.00 | 22.79 | 122.00 | 397.23 |
| Relief, Higher Class | 1.7850 | 12.00 | 21.58 | 125.62 | 217.47 |
| TAN/ST LV-Stck/ESL | 51.3870 | 12.00 | 616.64 | 46.00 | 2386.81 |
| Premium 2.0 | 102.7871 | 0.73 | 75.02 | 8.82 | 841.35 |
| Unpaid Leave | 0.0000 | 12.00 | 0.00 | 60.00 | 0.00 |
| MTO-REG | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 |
| TRAINEE | 0.0000 | 0.00 | 0.00 | 8.02 | 385.23 |
| HOLWK2-591 | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | 0.0000 | 0.00 | 0.00 | 18.00 | 942.56 |
| VAC PTO | 0.0000 | 0.00 | 0.00 | 68.00 | 3355.02 |
| LOW CEN WK | 0.0000 | 0.00 | 0.00 | 9.23 | 200.28 |
| SICK ESL | 0.0000 | 0.00 | 0.00 | 70.00 | 2991.02 |
| EDUC DAY | 0.0000 | 0.00 | 0.00 | 8.00 | 398.19 |
| FLEX PRPS | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| OT ADJUST | 0.0000 | 0.00 | 0.00 | 0.19 | 18.96 |
| RLHC1.5-91 | 0.0000 | 0.00 | 0.00 | 0.00 | 12.89 |
| WKLY OT 1 | 0.0000 | 0.00 | 0.00 | 8.02 | 1534.75 |
| PRM 1.5 91 | 0.0000 | 0.00 | 0.00 | 1.05 | 78.58 |
| MGOT-O-1.0 | 0.0000 | 0.00 | 0.00 | 0.19 | 14.64 |
| RLHC2.0-91 | 0.0000 | 0.00 | 0.00 | 2.99 | 4.80 |
| 2.5-6-1.0 | 0.0000 | 0.00 | 0.00 | 3.49 | 900.06 |
| PSP | 0.0000 | 0.00 | 0.00 | 0.00 | 209.04 |
| UNP V/P/E | 0.0000 | 0.00 | 0.00 | 81.00 | 0.00 |
| **Total: HRS WK CUR** | 55.00 | YTD: 802.18 | 157.93 | 3701.25 | 2290.98 | 56713.85 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 220.10 | 2080.93 |
| Fed MED/EE | 53.67 | 822.42 |
| Fed OASDI/EE | 228.68 | 3516.58 |
| CA Withhold | 96.95 | 491.71 |
| CA SDI/EE | 40.72 | 823.91 |
| **Total:** | **639.92** | **8845.50** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 842.41 | 9636.15 |
| Dental | 52.73 | 700.93 |
| 401/TSA MATCH | 48.27 | 697.93 |
| LTD | 14.70 | 212.10 |
| Life Insure | 0.00 | 4.80 |
| ADSD | 0.04 | 1.00 |
| ER PRF 1% CONT | 0.00 | 824.56 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSH | 444.15 | 8614.73 |
| **Total:** | **444.15** | **8614.73** |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-M | 785.77 | 3970.78 |
| 401K Loan 1 | 380.26 | 1170.78 |
| Union Dues | 47.74 | 783.84 |
| COPE | 2.50 | 40.00 |
| 401K Loan 2 | 0.00 | 1872.31 |
| **Total:** | **1205.83** | **8417.71** |

* Taxable

| TOTAL GROSS | | FED TAXABLE GROSS | | TOTAL TAXES | | TOTAL DEDUCTIONS | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current | 3701.25 | | 3287.10 | | 639.92 | | 1649.98 | 1411.35 |
| YTD | 56713.85 | | 50109.06 | | 8845.50 | | 16032.44 | 31042.75 |

## NET PAY DISTRIBUTION

| | | | |
|---|---|---|---|
| FLEX PD/PLNS | 0.00 | 0.00 | |
| SICK/ESL | 0.00 | 12.00 | ROUTING #: 322278103 | 700.00 |
| VAC/PTO/ETO | 40.00 | 20.00 | ROUTING #: 322278183 | 711.35 |
| | | | Total: | 1411.35 |

**KAISER PERMANENTE.**

Kaiser Foundation Hospitals
2701 NW Vaughn Suite 480
Portland, OR 97210

Date: 08/13/2010    Pay Amount: $1411.35

Advice No.
0000002052222156

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

B0002/5511/0250

NON-NEGOTIABLE

| PRISCILLA B RIDOLOSO | Kaiser Foundation Hospitals | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 6589 Bradford Court | Employee ID: 00247084 | | | |
| Rancho Cucamonga, CA 91701 | Dept: 0250 Loc: 5511 | Merit.Status: | Married | Married |
| | Base Rate: $1.397000 Hourly | Allowances: | 8 | 6 |
| | Workweek Start: Sunday 00.01.00 | Addl.Allowan.: | | |
| Pay Group: Bi1 Busin.Unit: B0002 | | Addl.Amt.: | | |
| Pay BegDt: 07/11/2010 Advice#: 000002052217752 | | | | |
| Pay EndDt: 07/24/2010 Advice Dt: 07/30/2010 | | | | |

Benefit-eligible? Take the Total Health Assessment on kp.org/hwf A KP gives $50 to Community Benefit

## HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | | | 51.3870 | 64.94 | 3337.07 | 687.89 | 34002.73 |
| Evening Diff Worked | | | 2.3260 | 30.00 | 69.78 | 295.93 | 688.32 |
| Night Diff Worked | | | 3.2560 | 34.94 | 113.76 | 422.82 | 1376.71 |
| MTG REG | | | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 |
| TRAINREG | | | 0.0000 | 0.00 | 0.00 | 8.02 | 395.23 |
| EVE DIF RN | | | 0.0000 | 0.00 | 0.00 | 97.00 | 225.63 |
| NGTDIF RN | | | 0.0000 | 0.00 | 0.00 | 115.00 | 374.44 |
| RNMCL6 @1 | | | 0.0000 | 0.00 | 0.00 | 119.63 | 195.89 |
| HOLMK2.5@1 | | | 0.0000 | 0.00 | 0.00 | 2.34 | 309.83 |
| LOW CEN WK | | | 0.0000 | 0.00 | 0.00 | 8.23 | 260.29 |
| LEGAL HO: | | | 0.0000 | 0.00 | 0.00 | 19.00 | 942.60 |
| VAC PTO | | | 0.0000 | 0.00 | 0.00 | 66.00 | 3355.02 |
| SICK USL | | | 0.0000 | 0.00 | 0.00 | 60.00 | 3951.02 |
| EDUC DAY | | | 0.0000 | 0.00 | 0.00 | 8.00 | 398.15 |
| FMLA SIC | | | 0.0000 | 0.00 | 0.00 | 36.00 | 1779.98 |
| FLEX PERS | | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| OT ADJST | | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| RNMCL.5 @1 | | | 0.0000 | 0.00 | 0.00 | 8.02 | 12.86 |
| WKLY OT 1 | | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| RN4 1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| WKOT @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 0.16 | 14.64 |
| RNMC2.0 @1 | | | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| VRN DT @1 | | | 0.0000 | 0.00 | 0.00 | 7.79 | 766.34 |
| 2.5 @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 2.46 | 300.00 |
| DSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |
| UNPD LV | | | 0.0000 | 0.00 | 0.00 | 48.00 | 0.00 |
| UNP V/P/S | | | 0.0000 | 0.00 | 0.00 | 61.00 | 0.00 |

Total: REG WRK CUR 61.94 YTD 747.10 139.88 3520.61 2132.45 53017.44

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 198.26 | 2186.80 |
| Fed MED/RE | 51.05 | 768.75 |
| Fed OASDI/RE | 218.28 | 3287.08 |
| CA Withholdn | 81.56 | 1399.76 |
| CA SDI/RE | 38.72 | 561.19 |
| | | |
| Total: | 585.89 | 8203.58 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401/TSA MATCH | 44.01 | 651.36 |
| RR TRF 1% CONT | 0.00 | 524.55 |
| Medical | 0.00 | 8981.74 |
| Dental | 0.00 | 738.28 |
| Life Insure | 0.00 | 4.20 |
| AD&D | 0.00 | 0.56 |
| LTD | 0.00 | 197.40 |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSA | 422.47 | 6176.58 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 733.68 | 4805.44 |
| Union Dues | 47.74 | 716.10 |
| COPE | 2.50 | 37.50 |
| 401K Loan 1 | 0.00 | 780.52 |
| 401K Loan 2 | 0.00 | 1872.31 |

| Total: | 422.47 | 6176.58 | Total: | 783.92 | 8211.88 | * Taxable |

## TOTAL GROSS

| | |
|---|---|
| Current: | 3520.61 |
| YTD: | 53017.44 |

## FED TAXABLE GROSS

| | |
|---|---|
| | 3098.14 |
| | 46846.86 |

## TOTAL TAXES

| | |
|---|---|
| | 585.89 |
| | 8203.58 |

## TOTAL DEDUCTIONS

| | |
|---|---|
| | 1206.39 |
| | 14382.46 |

## NET PAY

| | |
|---|---|
| | 1728.33 |
| | 30631.40 |

## LEAVE BALANCES

| | Current Taken | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/PSL | 0.00 | 24.00 |
| VAC/PTO/ETO | 0.00 | 10.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322276183 | 700.00 |
| ROUTING # | 322276183 | 1028.33 |
| | | |
| Total: | | 1728.33 |

Advice No.
000002052217752

**KAISER PERMANENTE.**
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Date: 07/30/2010    Pay Amount: **$1728.33**

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO
6589 Bradford Court          **NON-NEGOTIABLE**
Rancho Cucamonga, CA 91701

B0002/5511/0250

PRISCILLA B RIDOLOSO  
6589 Bradford Court  
Rancho Cucamonga, CA  91701

Kaiser Foundation Hospitals  
Employee ID: 00247094  
Dept:        0850   Loc:    5511  
Base Rate:   49.769000 Hourly  
Workweek Start: Sunday 00.01.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | Married |
| Allowances: | 8 | 8 |
| Add1.Allowan.: | | |
| Add1.Amt.: | | |

Pay Group: B11  
Pay BegDt: 06/27/2010  Advice#: 000002052213326  
Pay EndDt: 07/10/2010  Advice Dt: 07/16/2010

Benefit-eligible? Take the Total Health Assessment on kp.org/hwf & KP gives $50 to Community Benefit

## HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Hours | Earnings | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Regular | | | 49.7690 | 34.76 | 1729.48 | 622.95 | 30665.66 |
| Evening Diff Non Wrk | | | 2.3260 | 5.00 | 11.63 | 97.00 | 225.63 |
| Evening Diff Worked | | | 2.3260 | 15.00 | 34.89 | 265.93 | 618.54 |
| Night Diff Worked | | | 2.3560 | 34.58 | 81.33 | 397.68 | 1282.95 |
| Night Diff Non Wrk | | | 2.3560 | 5.00 | 16.28 | 115.00 | 375.44 |
| Relief Higher Class | | | 1.7420 | 12.00 | 20.90 | 113.61 | 195.89 |
| VAC/PTO/ETO | | | 49.7690 | 10.00 | 497.69 | 66.00 | 3555.02 |
| Legal Holiday | | | 49.7690 | 8.00 | 398.15 | 19.00 | 942.68 |
| Low Census Wkd Hrs | | | 49.7690 | 5.23 | 260.23 | 5.23 | 260.29 |
| Unpaid TO/ETO | | | 0.0000 | 24.00 | 0.00 | 61.00 | 0.00 |
| WTO REG | | | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 |
| TRAINERS | | | 0.0000 | 0.00 | 0.00 | 8.02 | 395.23 |
| HOLWK2.5@1 | | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| SICK BSL | | | 0.0000 | 0.00 | 0.00 | 60.00 | 3951.02 |
| EDUC DAY | | | 0.0000 | 0.00 | 0.00 | 8.00 | 398.15 |
| FMLA SIC | | | 0.0000 | 0.00 | 0.00 | 36.00 | 1778.98 |
| FLSX PERS | | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| OT ADJST | | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.96 |
| RLNC1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 5.02 | 12.96 |
| WKLY OT 1 | | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRH 1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| WKOT @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLNC2.0 @1 | | | 0.0000 | 0.00 | 0.00 | 3.95 | 23.50 |
| PRH DT @1 | | | 0.0000 | 0.00 | 0.00 | 7.79 | 766.34 |
| 2.5 @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 2.46 | 300.00 |
| PHP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |
| UNPD LV | | | 0.0000 | 0.00 | 0.00 | 44.00 | 0.00 |
| **Total:** | HRS WRK CUR | 39.98 YTD | 693.16 | 145.96 | 3050.44 | 2002.57 | 49496.93 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 134.22 | 1973.54 |
| Fed MED/EE | 44.23 | 717.70 |
| Fed OASDI/EE | 189.14 | 3068.80 |
| CA Withholdn | 53.15 | 1314.18 |
| CA SDI/EE | 33.56 | 549.47 |
| **Total:** | 454.30 | 7617.69 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 6893.74 |
| Dental | 52.73 | 730.22 |
| 401/TSA MATCH | 38.13 | 607.35 |
| LTD | 14.24 | 197.40 |
| Life Insure | 0.10 | 4.20 |
| AD&D | 0.04 | 0.56 |
| ER PRF 1% CONT | 0.00 | 824.55 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSA | 366.08 | 5748.11 |
| **Total:** | 366.08 | 5748.11 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 649.04 | 4071.77 |
| 401K Loan 1 | 390.26 | 780.52 |
| Union Dues | 47.74 | 668.36 |
| COPE | 2.50 | 35.00 |
| 401K Loan 2 | 0.00 | 1872.31 |
| **Total:** | 1089.58 | 7427.96 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3050.44 | 2684.56 | 454.30 | 1455.66 | 1140.68 |
| YTD: | 49496.93 | 43748.72 | 7617.69 | 13176.07 | 28703.07 |

## LEAVE BALANCES

| | Current Hours | Earned |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 24.00 |
| VAC/PTO/ETO | 10.00 | 10.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322276183 | 700.00 |
| ROUTING # | 322276183 | 440.60 |
| **Total:** | | 1140.68 |

Advice No.  
000002052213326

 KAISER PERMANENTE.  
Kaiser Foundation Hospitals  
2701 NW Vaughn Suite 490  
Portland, OR  97210

Date: 07/16/2010    Pay Amount: $1140.68

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO  
6589 Bradford Court  
Rancho Cucamonga, CA  91701

NON-NEGOTIABLE

B0002/5511/0250

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

Kaiser Foundation Hospitals
Employee ID: 00247094
Dept:      0250   Loc:    5511
Base Rate:   49.769000 Hourly
Workweek Start: Sunday 00.00.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | Married |
| Allowances: | 8 | 8 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

| Pay Group: | B11 | Busin.Unit: | B0002 | |
|---|---|---|---|---|
| Pay BegDt: | 06/13/2010 | Advice#: | 000002052208914 | |
| Pay EndDt: | 06/26/2010 | Advice Dt: | 07/02/2010 | |

Benefit-eligible? Take the Total Health Assessment on kp.org/hwf & KP gives $50 to Community Benefit

## HOURS AND EARNINGS / TAXES

| Description Beg Dt End Dt | Rate | Current Hours | Earnings | YTD Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular | 49.7690 | 57.35 | 2854.25 | 588.20 | 28936.18 | Fed Withhold | 182.44 | 1838.32 |
| Evening Diff Worked | 2.3260 | 25.00 | 58.15 | 250.93 | 583.65 | Fed MED/EE | 49.53 | 673.47 |
| Night Diff Worked | 3.2560 | 32.35 | 105.34 | 362.80 | 1181.62 | Fed OASDI/EE | 211.78 | 2878.68 |
| Education Day | 49.7690 | 8.00 | 398.15 | 8.00 | 398.15 | CA Withholdn | 75.25 | 1261.00 |
| MTG REG | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 | CA SDI/EE | 37.58 | 510.91 |
| TRAINREG | 0.0000 | 0.00 | 0.00 | 8.02 | 395.23 | | | |
| EVE DIF NW | 0.0000 | 0.00 | 0.00 | 92.00 | 214.00 | | | |
| NGTDIF NW | 0.0000 | 0.00 | 0.00 | 110.00 | 388.16 | | | |
| RLHCLS @1 | 0.0000 | 0.00 | 0.00 | 101.63 | 174.99 | | | |
| HOLWK2.5@1 | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 | | | |
| VAC PTO | 0.0000 | 0.00 | 0.00 | 58.00 | 2857.33 | | | |
| SICK ESL | 0.0000 | 0.00 | 0.00 | 60.00 | 2951.02 | | | |
| LEGAL HOL | 0.0000 | 0.00 | 0.00 | 11.00 | 544.53 | | | |
| FMLA SIC | 0.0000 | 0.00 | 0.00 | 36.00 | 1779.98 | | | |
| FLEX PERS | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 | | | |
| OT ADJUST | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 | Total: | 556.58 | 7163.39 |
| WKLY OT 1 | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 | EMPLOYER PAID BENEFITS | | |
| PRM 1.5 @1 | 0.0000 | 0.00 | 0.00 | 1.05 | 78.85 | Description | Current | YTD |
| RLHC1.5 @1 | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 | Medical | 642.41 | 8351.33 |
| WKOT @1.0 | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 | Dental | 52.73 | 685.49 |
| PRM DT @1 | 0.0000 | 0.00 | 0.00 | 7.78 | 766.34 | 401/TSA MATCH | 42.70 | 569.22 |
| RLHC2.0 @1 | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 | LTD | 14.24 | 183.16 |
| 2.5 @ 1.0 | 0.0000 | 0.00 | 0.00 | 2.48 | 300.00 | Life Insure | 0.30 | 3.90 |
| ISP | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 | AD&D | 0.04 | 0.52 |
| UNPD LV | 0.0000 | 0.00 | 0.00 | 48.00 | 0.00 | ER PRF 1% CONT | 0.00 | 824.56 |
| UNP V/P/E | 0.0000 | 0.00 | 0.00 | 35.00 | 0.00 | | | |

| Total: HRS WRK CUR | 65.35 YTD | 642.18 | 122.70 | 3415.89 | 1856.61 | 46446.19 | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD |
| 401K/TSR | 409.91 | 5382.03 | Garnishments-HR | 714.83 | 3422.59 |
| | | | 401K Loan 1 | 390.26 | 390.26 |
| | | | Union Dues | 47.74 | 620.62 |
| | | | COPE | 2.50 | 32.50 |
| | | | 401K Loan 2 | 0.00 | 1872.31 |

| Total: | 409.91 | 5382.03 | Total: | 1155.33 | 6338.38 | + Taxable |

| TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| Current: 3415.89 | 3005.98 | 556.58 | 1565.24 | 1294.07 |
| YTD: 46446.19 | 41064.16 | 7163.39 | 11720.41 | 27562.39 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 24.00 |
| VAC/PTO/ETO | 0.00 | 10.00 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 700.00 |
| ROUTING # | 322278183 | 594.07 |
| Total: | | 1294.07 |

Statement Of Earnings      Detach at perforation below and keep for your records.      A Payroll Service By Ceridian

---

KAISER PERMANENTE.
Kaiser Foundation Hospitals
701 NW Vaughn Suite 490
Portland, OR  97210

Advice No.
000002052208914

Date: 07/02/2010      Pay Amount: $1294.07

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

NON-NEGOTIABLE

B0002/5511/0250

```
PRISCILLA B RIDOLOSO                 Kaiser Foundation Hospitals        TAX DATA:        Federal    State
6589  Bradford Court                 Employee ID:  00247094             Marit.Status:    Married    Married
Rancho Cucamonga, CA  91701          Dept:     0250   Loc:   5511       Allowances:      8          8
                                     Base Rate:   49.769000 Hourly      Addl.Allowan.:
                                     Workweek Start: Sunday 00.01.00    Addl.Amt.:
Pay Group:    811       Busin.Unit: B0002
Pay Begpt:  05/30/2010  Advice#:    000002052204476
Pay Enxpt:  06/12/2010  Advice Dt:  06/18/2010
```

## HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|
| | | | | | --- Current --- | --- YTD --- | |
| Regular | | | 49.7690 | 44.40 | 2206.74 | 530.85 | 26081.83 |
| Evening Diff Non Wrk | | | 2.3260 | 5.00 | 11.63 | 92.00 | 214.00 |
| Evening Diff Worked | | | 2.3260 | 19.33 | 44.96 | 225.93 | 525.50 |
| Night Diff Worked | | | 3.2560 | 22.72 | 73.98 | 330.55 | 1076.28 |
| Night Diff Non Work | | | 3.2560 | 5.00 | 16.28 | 110.00 | 358.16 |
| Relief Higher Class | | | 1.7420 | 6.17 | 10.75 | 101.63 | 174.99 |
| VAC/PTO/ETO | | | 49.7690 | 10.00 | 497.69 | 58.00 | 2857.33 |
| Legal Holiday | | | 49.7690 | 8.00 | 398.15 | 11.00 | 544.53 |
| Unpaid  TO/ETO | | | 0.0000 | 2.00 | 0.00 | 35.00 | 0.00 |
| MTG REG | | | 0.0000 | 0.00 | 0.00 | 3.00 | 149.31 |
| TRAINREG | | | 0.0000 | 0.00 | 0.00 | 8.02 | 395.23 |
| HOLWK2.5@1 | | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| FHLA SIC | | | 0.0000 | 0.00 | 0.00 | 36.00 | 1779.88 |
| SICK ESL | | | 0.0000 | 0.00 | 0.00 | 60.00 | 2951.02 |
| FLEX PERS | | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| OT ADJST | | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| WKLY OT 1 | | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRH 1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| RLHC1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| PRH DT @1 | | | 0.0000 | 0.00 | 0.00 | 7.79 | 766.34 |
| WKDT @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLHC2.0 @1 | | | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| 2.5 @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 2.48 | 300.08 |
| PSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |
| UNPD LV | | | 0.0000 | 0.00 | 0.00 | 48.00 | 0.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 162.28 | 1685.86 |
| Fed MED/EE | 47.32 | 623.94 |
| Fed OASDI/EE | 202.32 | 2667.88 |
| CA Withholdn | 66.01 | 1185.78 |
| CA SDI/EE | 35.89 | 473.33 |
| | | |
| Total: | 513.82 | 6606.81 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 7708.92 |
| Dental | 52.79 | 632.76 |
| 401/TSA MATCH | 40.79 | 526.52 |
| LTD | 14.24 | 168.92 |
| Life Insure | 0.30 | 3.60 |
| AD&D | 0.04 | 0.48 |
| ER PRF 1% CONT | 0.00 | 824.56 |

```
Total:  HRS WRK CUR 44.40 YTD  576.83  122.62       3283.18   1733.91   43030.30
```

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSR | 391.58 | 4972.12 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 687.34 | 2707.86 |
| Union Dues | 47.74 | 572.88 |
| COPE | 2.50 | 30.00 |
| 401K Loan 2 | 0.00 | 1872.31 |

| Total: | 391.58 | 4972.12 | Total: | 737.58 | 5183.05 |
|---|---|---|---|---|---|

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3283.18 | 2871.60 | 513.82 | 1129.16 | 1620.20 |
| YTD: | 43030.30 | 38058.18 | 6606.81 | 10155.17 | 26268.32 |

```
Leave Accruals  Current Earned    Bal
FLEX PD/PERS      0.00   0.00
SICK/ESL          0.00   24.00
VAC/PTO/ETO       10.00  10.00
```

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 700.00 |
| ROUTING # | 322278183 | 920.20 |
| | | |
| Total: | | 1620.20 |

---

Statement Of Earnings        Detach at perforation below and keep for your records.        A Payroll Service By Ceridian

Advice No.
000002052204476

**KAISER PERMANENTE.**
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR  97210

Date: 06/18/2010        Pay Amount:  **$1620.20**

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA  91701

NON-NEGOTIABLE

B0002/5511/0250

| PRISCILLA B RIDOLOSO | Kaiser Foundation Hospitals | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 6589 Bradford Court | Employee ID: 00247094 | Marit.Status: | Married | Married |
| Rancho Cucamonga, CA 91701 | Dept: 0250  Loc: 5511 | Allowances: | 8 | 8 |
| | Base Rate: 49.769000 Hourly | Addl.Allowan.: | | |
| | Workweek Start: Sunday 00.01.00 | Addl.Amt.: | | |

| Pay Group: B11 | Busin.Unit: B0002 |
|---|---|
| Pay BegDt: 05/16/2010 | Advice#: 000002052200063 |
| Pay EndDt: 05/29/2010 | Advice Dt: 06/04/2010 |

## HOURS AND EARNINGS

| | | | --------- Current --------- | | ----- YTD ----- | |
|---|---|---|---|---|---|
| Description Beg Dt End Dt | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 49.7690 | 27.97 | 1382.04 | 480.45 | 23872.19 |
| Committee/Staff Meet | 49.7690 | 3.00 | 149.31 | 3.00 | 149.31 |
| Evening Diff Non Wrk | 2.3280 | 20.00 | 46.52 | 87.00 | 202.37 |
| Evening Diff Worked | 2.3280 | 10.00 | 23.28 | 206.60 | 480.54 |
| Night Diff Worked | 3.2560 | 21.47 | 69.91 | 307.83 | 1002.30 |
| Night Diff Non Work | 3.2560 | 28.00 | 91.17 | 105.00 | 341.88 |
| SICK/ESL | 49.7690 | 24.00 | 1194.46 | 60.00 | 2951.02 |
| FAM/ST LV -Sick/ESL | 49.7690 | 24.00 | 1194.46 | 36.00 | 1779.68 |
| Premium 2.0 | 99.5400 | 3.00 | 298.62 | 7.79 | 768.34 |
| REGULAR 05/09/10 05/15/10 | 49.7690 | 5.02 | 249.84 | 0.00 | 0.00 |
| EVE DIF 05/09/10 05/15/10 | 2.3280 | 5.00 | 11.63 | 0.00 | 0.00 |
| NIGHT D 05/09/10 05/15/10 | 3.2560 | 0.02 | 0.07 | 0.00 | 0.00 |
| TRAIN R 04/18/10 04/24/10 | 49.7690 | 4.00 | 199.08 | 8.02 | 395.23 |
| RLHCLS @1 | 0.0000 | 0.00 | 0.00 | 95.46 | 164.24 |
| HOLWK2.5@1 | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | 0.0000 | 0.00 | 0.00 | 3.00 | 146.38 |
| FLEX PERS | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| VAC PTO | 0.0000 | 0.00 | 0.00 | 48.00 | 2359.84 |
| RLHC1.5 @1 | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| WKLY OT 1 | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRM 1.5 @1 | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| OT ADJUST | 0.0000 | 0.00 | 0.00 | 0.00 | 18.95 |
| RLHC2.0 @1 | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| WKOT @ 1.0 | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| 2.5 @ 1.0 | 0.0000 | 0.00 | 0.00 | 2.48 | 300.08 |
| PSP | 0.0000 | 0.00 | 0.00 | 0.00 | 908.84 |
| UNPD LV | 0.0000 | 0.00 | 0.00 | 48.00 | 0.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 410.37 | 1493.60 |
| Fed MED/EE | 71.34 | 578.62 |
| Fed OASDI/EE | 305.06 | 2465.56 |
| CA Withholdn | 200.24 | 1119.77 |
| CA SDI/EE | 54.13 | 437.44 |
| | | |
| Total: | 1041.14 | 6092.99 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 7066.51 |
| 401/TSA MATCH | 61.50 | 485.73 |
| Dental | 52.73 | 580.03 |
| LTD | 14.24 | 154.68 |
| Life Insure | 0.30 | 3.30 |
| AD&D | 0.04 | 0.44 |
| ER PRF 1% CONT | 0.00 | 824.56 |

--- CONTINUED ON PAGE 2 of 2

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSA | 590.44 | 4580.54 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 969.81 | 2020.52 |
| 401K Loan 2 | 170.21 | 1872.31 |
| Union Dues | 47.74 | 525.14 |
| COPE | 2.50 | 27.50 |

| Total: | 590.44 | 4580.54 | Total: | 1190.26 | 4445.47 | * Taxable |
|---|---|---|---|---|---|---|

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 4920.37 | 4329.93 | 1041.14 | 1780.70 | 2098.53 |
| YTD: | 39767.12 | 35186.58 | 6092.99 | 9026.01 | 24648.12 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 24.00 |
| VAC/PTO/ETO | 0.00 | 10.00 |

### NET PAY DISTRIBUTION

| ROUTING # | 322278183 | 700.00 |
|---|---|---|
| ROUTING # | 322278183 | 1398.53 |
| | | |
| Total: | | 2098.53 |

---

Statement Of Earnings      Detach at perforation below and keep for your records.      A Payroll Service By Ceridian

KAISER PERMANENTE.
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Advice No.
000002052200053

Date: 06/04/2010    Pay Amount: $2098.53

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).   PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA  91701

NON-NEGOTIABLE

B0002/5511/0250

| PRISCILLA B RIDOLOSO | Kaiser Foundation Hospitals | TAX DATA: | Federal | State |
|---|---|---|---|---|
| 6589 Bradford Court | Employee ID: 00247094 | Marit.Status: | Married | Married |
| Rancho Cucamonga, CA 91701 | Dept: 0250 Loc: 5511 | Allowances: | 8 | 8 |
| | Base Rate: 49.769000 Hourly | Addl.Allowan.: | | |
| | Workweek Start: Sunday 00.01.00 | Addl.Amt.: | | |

| Pay Group: B11 | Busin.Unit: B0002 |
|---|---|
| Pay BegDt: 05/02/2010 | Advice#: 000002052195634 |
| Pay EndDt: 05/15/2010 | Advice Dt: 05/21/2010 |

## HOURS AND EARNINGS

| Description | Beg Dt | End Dt | Rate | Hours | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|---|---|
| Regular | | | 49.7690 | 36.00 | 1791.69 | 453.46 | 22230.31 |
| Evening Diff Non Wrk | | | 2.3260 | 10.00 | 23.26 | 67.00 | 155.85 |
| Evening Diff Worked | | | 2.3260 | 15.00 | 34.89 | 191.60 | 445.85 |
| Night Diff Worked | | | 3.2560 | 21.00 | 68.37 | 286.34 | 932.32 |
| Night Diff Non Work | | | 3.2560 | 8.00 | 26.05 | 77.00 | 250.71 |
| Relief Higher Class | | | 1.7420 | 12.00 | 20.90 | 95.46 | 184.24 |
| VAC/PTO/ETO | | | 49.7690 | 18.00 | 895.84 | 48.00 | 2389.84 |
| Unpaid TO/ETO | | | 0.0000 | 6.00 | 0.00 | 33.00 | 0.00 |
| TRAINREG | | | 0.0000 | 0.00 | 0.00 | 4.02 | 196.15 |
| HOLWK2.5@1 | | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | | | 0.0000 | 0.00 | 0.00 | 3.00 | 146.38 |
| FMLA SIC | | | 0.0000 | 0.00 | 0.00 | 12.00 | 585.52 |
| FLEX PERS | | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| SICK ESL | | | 0.0000 | 0.00 | 0.00 | 36.00 | 1756.56 |
| OT ADJUST | | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| RLHC1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 5.02 | -12.88 |
| WKLY OT 1 | | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRN 1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| WKDT @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLHC2.0 @1 | | | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| PRH DT @1 | | | 0.0000 | 0.00 | 0.00 | 4.79 | 487.72 |
| 2.5 @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 2.46 | 300.08 |
| PSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 908.84 |
| UNPD LV | | | 0.0000 | 0.00 | 0.00 | 48.00 | 0.00 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 109.19 | 1083.23 |
| Fed MED/EE | 41.49 | 505.28 |
| Fed OASDI/EE | 177.38 | 2160.50 |
| CA Withholdn | 41.68 | 919.53 |
| CA SDI/EE | 31.47 | 383.31 |
| | | |
| Total: | 401.21 | 5051.85 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 6424.10 |
| Dental | 52.73 | 527.30 |
| 401/TSA MATCH | 35.76 | 424.23 |
| LTD | 14.24 | 140.44 |
| Life Insure | 0.30 | 3.00 |
| AD&D | 0.04 | 0.40 |
| ER PRF 1% CONT | 0.00 | 824.56 |

Total: HRS WRK CUR 36.00 YTD 489.44  126.00  2861.00  1435.81  34846.75

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSR | 343.32 | 3990.10 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 614.95 | 1050.71 |
| 401K Loan 2 | 170.21 | 1702.10 |
| Union Dues | 47.74 | 477.40 |
| COPE | 2.50 | 25.00 |

Total: 343.32  3990.10     Total: 835.40  3255.21     * Taxable

## TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2861.00 | 2517.68 | 401.21 | 1178.72 | 1281.07 |
| YTD: | 34846.75 | 30856.65 | 5051.85 | 7245.31 | 22549.59 |

## Leave Accruals

| Description | Current | Earned | Bal |
|---|---|---|---|
| FLEX PD/PERS | 0.00 | | 0.00 |
| SICK/ESL | 0.00 | | 72.00 |
| VAC/PTO/ETO | 10.00 | | 10.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 700.00 |
| ROUTING # | 322278183 | 581.07 |
| | | |
| Total: | | 1281.07 |

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

Advice No.
000002052195634

**KAISER PERMANENTE.**
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Date: 05/21/2010     Pay Amount: $1281.07

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

NON-NEGOTIABLE

B0002/5511/0250

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

Kaiser Foundation Hospitals
Employee ID: 00247094
Dept:    0250    Loc:    5511
Base Rate:    49.769000 Hourly
Workweek Start: Sunday 00.01.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | Married |
| Allowances: | 8 | 8 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

| Pay Group: | B11 | Busin.Unit: | B0002 |
|---|---|---|---|
| Pay BegDt: | 04/18/2010 | Advice#: | 00000205219 12 10 |
| Pay EndDt: | 05/01/2010 | Advice Dt: | 05/07/2010 |

## HOURS AND EARNINGS

| | | | | --------- Current --------- | | --------- YTD --------- | |
|---|---|---|---|---|---|---|---|
| Description | Beg Dt | End Dt | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 49.7690 | 35.96 | 1789.70 | 417.46 | 20438.62 |
| Evening Diff Worked | | | 2.3260 | 15.00 | 34.89 | 176.60 | 410.76 |
| Night Diff Worked | | | 3.2560 | 20.96 | 68.24 | 265.34 | 863.95 |
| Relief Higher Class | | | 1.7420 | 12.00 | 20.90 | 83.46 | 143.34 |
| Unpaid Leave | | | 0.0000 | 12.00 | 0.00 | 48.00 | 0.00 |
| Unpaid TO/ETO | | | 0.0000 | 6.98 | 0.00 | 27.00 | 0.00 |
| UNP V/P | 04/11/10 | 04/17/10 | 0.0000 | 2.02 | 0.00 | 0.00 | 0.00 |
| TRAINREG | | | 0.0000 | 0.00 | 0.00 | 4.02 | 186.15 |
| EVE DIF NW | | | 0.0000 | 0.00 | 0.00 | 57.00 | 132.59 |
| NGTDIF NW | | | 0.0000 | 0.00 | 0.00 | 69.00 | 224.66 |
| HOLWK2.5@1 | | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | | | 0.0000 | 0.00 | 0.00 | 3.00 | 148.38 |
| SICK ESL | | | 0.0000 | 0.00 | 0.00 | 36.00 | 1758.58 |
| FLEX PERS | | | 0.0000 | 0.00 | 0.00 | 40.00 | 1966.37 |
| FMLA SIC | | | 0.0000 | 0.00 | 0.00 | 12.00 | 585.52 |
| VAC PTO | | | 0.0000 | 0.00 | 0.00 | 30.00 | 1483.80 |
| OT ADJST | | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| RLHC1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| WKLY OT 1 | | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| PRM 1.5 @1 | | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| WKOT @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLHC2.0 @1 | | | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| PRM DT @1 | | | 0.0000 | 0.00 | 0.00 | 4.79 | 467.72 |
| 2.5 @ 1.0 | | | 0.0000 | 0.00 | 0.00 | 2.46 | 300.08 |
| PSP | | | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |

| Total: | HRS WRK CUR | 35.86 | YTD | 453.44 | 104.92 | 1913.73 | 1309.81 | 31985.75 |
|---|---|---|---|---|---|---|---|---|

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 3.22 | 974.04 |
| Fed MED/EE | 27.75 | 463.79 |
| Fed OASDI/EE | 118.65 | 1983.12 |
| CA Withholdn | 0.00 | 877.85 |
| CA SDI/EE | 21.05 | 351.84 |
| | | |
| Total: | 170.67 | 4650.64 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 5781.69 |
| Dental | 52.73 | 474.57 |
| 401/TSA HATCH | 23.92 | 388.47 |
| LTD | 14.24 | 126.20 |
| Life Insure | 0.30 | 2.70 |
| AD&D | 0.04 | 0.36 |
| ER PRF 1% CONT | 0.00 | 824.56 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSR | 229.65 | 3646.78 |
| Total: | 229.65 | 3646.78 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishments-Wr | 435.76 | 435.76 |
| 401K Loan 2 | 170.21 | 1531.89 |
| Union Dues | 47.74 | 429.68 |
| COPE | 2.50 | 22.50 |
| Total: | 656.21 | 2419.81 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1913.73 | 1684.08 | 170.67 | 885.86 | 857.20 |
| YTD: | 31985.75 | 28338.97 | 4650.64 | 6066.59 | 21268.52 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 72.00 |
| VAC/PTO/ETO | 0.00 | 18.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 700.00 |
| ROUTING # | 322278183 | 157.20 |
| Total: | | 857.20 |

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Ceridian

Advice No.
000002052191210

**KAISER PERMANENTE**
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Date: 05/07/2010    Pay Amount: $857.20

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

NON-NEGOTIABLE

B0002/5511/0250

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK. DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA  91701

Kaiser Foundation Hospital
Employee ID:  00247094
Dept:        0250   Loc:     5511
Base Rate:   49.769000 Hourly
Workweek Start: Sunday 00.01.00

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Married | Married |
| Allowances: | 8 | 8 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

Pay Group:  B11        Busin.Unit: B0002
Pay BegDt:  04/04/2010   Advice#:  000002052186784
Pay EndDt:  04/17/2010   Advice Dt: 04/23/2010

## HOURS AND EARNINGS

| Description Beg Dt End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 49.7690 | 35.21 | 1752.37 | 381.50 | 18648.92 |
| Evening Diff Non Wrk | 2.3260 | 8.00 | 18.61 | 57.00 | 132.59 |
| Evening Diff Worked | 2.3260 | 15.00 | 34.89 | 161.60 | 375.87 |
| Night Diff Worked | 3.2560 | 20.36 | 66.29 | 244.38 | 795.71 |
| Night Diff Non Work | 3.2560 | 7.00 | 22.79 | 69.00 | 224.66 |
| Relief  Higher Class | 1.7420 | 11.25 | 19.60 | 71.46 | 122.44 |
| Flexible Personal Da | 49.7690 | 15.00 | 746.54 | 40.00 | 1986.37 |
| Premium 2.0 | 99.6000 | 0.15 | 14.94 | 4.79 | 467.72 |
| TRAINREG | 0.0000 | 0.00 | 0.00 | 4.02 | 198.15 |
| HOLWK2.5@1 | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | 0.0000 | 0.00 | 0.00 | 3.00 | 146.38 |
| FHLA SIC | 0.0000 | 0.00 | 0.00 | 12.00 | 585.52 |
| VAC PTO | 0.0000 | 0.00 | 0.00 | 30.00 | 1463.80 |
| SICK ESL | 0.0000 | 0.00 | 0.00 | 36.00 | 1756.56 |
| OT ADJUST | 0.0000 | 0.00 | 0.00 | 0.00 | 19.85 |
| PRM 1.5 @1 | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| RLHC1.5 @1 | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| WKLY OT 1 | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| WKDT @ 1.0 | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLHC2.0 @1 | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| 2.5 @ 1.0 | 0.0000 | 0.00 | 0.00 | 2.46 | 300.08 |
| PSP | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |
| UNPD LV | 0.0000 | 0.00 | 0.00 | 36.00 | 0.00 |
| UNP V/P/E | 0.0000 | 0.00 | 0.00 | 18.00 | 0.00 |

Total:  HRS WRK CUR  35.36 YTD  417.48  111.97   2676.03   1204.89   30072.02

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 84.78 | 970.82 |
| Fed MED/EE | 38.80 | 436.04 |
| Fed OASDI/EE | 165.92 | 1864.47 |
| CA Withholdn | 30.49 | 877.85 |
| CA SDI/EE | 29.43 | 330.79 |
| Total: | 349.42 | 4479.97 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 5139.28 |
| Dental | 52.73 | 421.84 |
| 401/TSA MATCH | 33.45 | 364.55 |
| LTD | 14.24 | 111.96 |
| Life Insure | 0.30 | 2.40 |
| AD&D | 0.04 | 0.32 |
| ER PRF 1% CONT | 0.00 | 824.56 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSR | 321.12 | 3417.13 |
| Total: | 321.12 | 3417.13 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan 2 | 170.21 | 1361.68 |
| Union Dues | 47.74 | 381.92 |
| COPE | 2.50 | 20.00 |
| Total: | 220.45 | 1763.60 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2676.03 | 2354.91 | 349.42 | 541.57 | 1785.04 |
| YTD: | 30072.02 | 26654.89 | 4479.97 | 5180.73 | 20411.32 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 0.00 |
| SICK/ESL | 0.00 | 72.00 |
| VAC/PTO/ETO | 10.00 | 18.00 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 700.00 |
| ROUTING # | 322278183 | 1085.04 |
| Total: | | 1785.04 |

Statement Of Earnings     Detach at perforation below and keep for your records.     A Payroll Service By Ceridian

Advice No.
000002052186784

KAISER
PERMANENTE.
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR  97210

Date: 04/23/2010     Pay Amount:  $1785.04

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S).  PLEASE REVIEW*
*THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA  91701

NON-NEGOTIABLE

B0002/5511/0250

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK  DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701

| | |
|---|---|
| Employee ID: | 00247094 |
| Dept: | 0250    Loc:    5511 |
| Base Rate: | 48.793000 Hourly |
| Workweek Start: Sunday 00.01.00 | |

| TAX DATA: | Federal | State |
|---|---|---|
| Marit.Status: | Exempt | Married |
| Allowances: | | 8 |
| Addl.Allowan.: | | |
| Addl.Amt.: | | |

| | | | |
|---|---|---|---|
| Pay Group: | B11 | Busin.Unit: B0002 | |
| Pay BegDt: | 03/21/2010 | Advice#: | 000002052182343 |
| Pay EndDt: | 04/03/2010 | Advice Dt: | 04/09/2010 |

## HOURS AND EARNINGS

| Description | Beg Dt End Dt | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular | | 48.7930 | 55.03 | 2685.09 | 346.29 | 16896.55 |
| Evening Diff Non Wrk | | 2.3260 | 10.00 | 23.26 | 49.00 | 113.98 |
| Evening Diff Worked | | 2.3260 | 19.62 | 45.64 | 146.60 | 340.98 |
| Night Diff Worked | | 3.2560 | 35.58 | 115.85 | 224.02 | 729.42 |
| Night Diff Non Wrk | | 3.2560 | 14.00 | 45.59 | 62.00 | 201.87 |
| Relief Higher Class | | 1.7080 | 12.00 | 20.50 | 60.21 | 102.84 |
| Flexible Personal Da | | 48.7930 | 12.00 | 585.52 | 25.00 | 1219.83 |
| SICK/ESL | | 48.7930 | 12.00 | 585.52 | 36.00 | 1759.56 |
| Premium 2.0 | | 97.5294 | 0.17 | 16.58 | 4.64 | 452.78 |
| TRAINREG | | 0.0000 | 0.00 | 0.00 | 4.02 | 196.15 |
| HOLWK2.5@1 | | 0.0000 | 0.00 | 0.00 | 2.54 | 309.83 |
| LEGAL HOL | | 0.0000 | 0.00 | 0.00 | 3.00 | 146.38 |
| FMLA SIC | | 0.0000 | 0.00 | 0.00 | 12.00 | 585.52 |
| VAC PTO | | 0.0000 | 0.00 | 0.00 | 30.00 | 1463.80 |
| OT ADJST | | 0.0000 | 0.00 | 0.00 | 0.00 | 19.95 |
| PRH 1.5 @1 | | 0.0000 | 0.00 | 0.00 | 1.05 | 76.85 |
| RLHC1.5 @1 | | 0.0000 | 0.00 | 0.00 | 5.02 | 12.86 |
| WKLY OT 1 | | 0.0000 | 0.00 | 0.00 | 20.97 | 1534.78 |
| WKOT @ 1.0 | | 0.0000 | 0.00 | 0.00 | 0.15 | 14.64 |
| RLHC2.0 @1 | | 0.0000 | 0.00 | 0.00 | 3.95 | 13.50 |
| 2.5 @ 1.0 | | 0.0000 | 0.00 | 0.00 | 2.46 | 300.08 |
| PSP | | 0.0000 | 0.00 | 0.00 | 0.00 | 906.84 |
| UNPD LV | | 0.0000 | 0.00 | 0.00 | 36.00 | 0.00 |
| UNP V/P/E | | 0.0000 | 0.00 | 0.00 | 18.00 | 0.00 |

Total:  HRS WRK CUR  55.20 YTD  382.12  170.40          4123.55  1092.92  27395.99

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withhold | 0.00 | 886.04 |
| Fed MED/EE | 59.79 | 397.24 |
| Fed OASDI/EE | 255.66 | 1698.55 |
| CA Withholdn | 129.67 | 847.36 |
| CA SDI/EE | 45.36 | 301.36 |
| **Total:** | 490.48 | 4130.55 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical | 642.41 | 4486.87 |
| Dental | 52.73 | 369.11 |
| 401/TSA MATCH | 51.54 | 331.10 |
| LTD | 13.96 | 97.72 |
| Life Insure | 0.30 | 2.10 |
| AD&D | 0.04 | 0.28 |
| ER PRF 1% CONT | 0.00 | 824.56 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K/TSR | 494.83 | 3096.01 |
| **Total:** | 494.83 | 3096.01 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K Loan 2 | 170.21 | 1191.47 |
| Union Dues | 47.74 | 334.18 |
| COPE | 2.50 | 17.50 |
| **Total:** | 220.45 | 1543.15 |

+ Taxable

## TOTAL GROSS

| | |
|---|---|
| Current: | 4123.55 |
| YTD: | 27395.99 |

## FED TAXABLE GROSS

| | |
|---|---|
| | 3628.72 |
| | 24299.98 |

## TOTAL TAXES

| | |
|---|---|
| | 490.48 |
| | 4130.55 |

## TOTAL DEDUCTIONS

| | |
|---|---|
| | 715.28 |
| | 4639.16 |

## NET PAY

| | |
|---|---|
| | 2917.79 |
| | 18626.26 |

| Leave Accruals | Current Earned | Bal |
|---|---|---|
| FLEX PD/PERS | 0.00 | 15.00 |
| SICK/ESL | 0.00 | 72.00 |
| VAC/PTO/ETO | 0.00 | 8.00 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| ROUTING # | 322278183 | 500.00 |
| ROUTING # | 322278183 | 2417.79 |
| **Total:** | | 2917.79 |

Statement Of Earnings          Detach at perforation below and keep for your records.          A Payroll Service By Ceridian

KAISER
PERMANENTE.
Kaiser Foundation Hospitals
2701 NW Vaughn Suite 490
Portland, OR 97210

Advice No.
000002052182343

Date: 04/09/2010          Pay Amount: $2917.79

*YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.*

PRISCILLA B RIDOLOSO
6589 Bradford Court
Rancho Cucamonga, CA 91701          NON-NEGOTIABLE

B0002/5511/0250

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK. DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.

**Earnings Statement**

ADP

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Period Beginning:     08/01/2010
Period Ending:        08/14/2010
Pay Date:             08/20/2010

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:    8
    CA:         8

PRISCILLA RIDOLOSO
6569 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | Hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7662 | 40.00 | 2,998.30 | 46,721.07 |
| Cash Plus | 49.7662 | 12.00 | 697.07 | 9,854.20 |
| Lwop | 49.7662 | 12.00 | | |
| Charge | | | | 131.74 |
| D/T | | | | 25.00 |
| Educate | | | | 99.01 |
| Hol Diff | | | | 546.96 |
| **Gross Pay** | | | **$3,695.37** | **$71,350.06** |

| Other | | this period | year to date |
|---|---|---|---|
| 401K Loan | | 430.75 | 6,956.41 |
| 401 City | | $0.00 | |

Excluded from federal taxable wages

Your federal taxable wages this period are $3,354.18

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | 344.67 | 8,354.87 |
| | Social Security Tax | 179.28 | 3,457.49 |
| | Medicare Tax | 41.92 | 808.59 |
| | CA State Income Tax | 30.48 | 910.55 |
| | CA SUI/SDI Tax | 31.94 | 613.42 |

| Other | | |
|---|---|---|
| Aflac Cancer | 31.65 | 544.45 |
| Aflac Personal | 16.60 | 287.14 |
| Checking | 1,434.23 | |
| Dental | 32.26 | 586.45 |
| Dep Life | 34.85 | 383.35 |
| Dependent AD&D | 1.71 | 29.07 |
| Emp Life | 40.26 | 664.27 |
| Supp AD&D | 4.08 | 69.36 |
| Vision | 11.82 | 200.94 |
| 121 Fh Dues | 40.62 | 690.54 |
| 401 K | 537.37 | 10,234.04 |

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Transmission Fee | | 12.00 |

Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 08/01 | NO PUNCHES | | | | |
| Mon 08/02 | NO PUNCHES | | | | |
| Tue 08/03 | NO PUNCHES | | | | |
| Wed 08/04 | NO PUNCHES | | | | |
| Thu 08/05 | NO PUNCHES | | | | |
| Fri 08/06 | NO PUNCHES | | | | |
| Sat 08/07 | 6:42am | 3:12pm | 3:43pm | 7:14pm | 12.00 |
| Sun 08/08 | NO PUNCHES | | | | |
| Mon 08/09 | 6:43am | 2:09pm | 2:39pm | 7:13pm | 12.00 |
| Tue 08/10 | 6:40am | 12:25am | 1:00pm | 7:21pm | 12.00 |
| Wed 08/11 | 6:40am | 2:23pm | 2:53pm | 7:14pm | 12.00 |
| Thu 08/12 | NO PUNCHES | | | | |
| Fri 08/13 | NO PUNCHES | | | | |
| Sat 08/14 | NO PUNCHES | | | | |

© 2000 ADP, Inc. All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Advice number:
Pay date:

Deposited to the account of
PRISCILLA RIDOLOSO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xx1486 | xxxx xxxx | $1,434.23 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

1300 N. VERMONT AVE
LOS ANGELES CA 90027

Period Ending: 07/31/2010
Pay Date: 08/06/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 8
CA: 8

PRISCILLA RIDOLOSO
6589 BRADFORD CT,
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1602

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 60.00 | 2,985.37 | 44,332.77 |
| Cash Plus | 49.7562 | 12.00 | 597.07 | 9,257.13 |
| Charge | | | | 131.75 |
| D/T | | | | 24.88 |
| Educate | | | | 99.51 |
| Hol Diff | | | | 528.65 |
| | | | | 54,374.69 |

Not Paid 60.00

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,843.76

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -158.11 | 2,170.30 |
| | Social Security Tax | -216.29 | 3,278.16 |
| | Medicare Tax | -50.59 | 766.57 |
| | CA State Income Tax | -64.14 | 880.07 |
| | CA SUI/SDI Tax | -38.38 | 581.61 |
| | **Other** | | |
| | Aflac Cancer | -31.85* | 509.60 |
| | Aflac Personal | -16.89* | 270.24 |
| | Checking | -1,764.48 | |
| | Dental | -33.26* | 532.16 |
| | Dep Life | -34.35 | 549.60 |
| | Dependent Ad&D | -1.71 | 27.36 |
| | Emp Life | -40.28 | 644.48 |
| | Supp Ad&D | -4.08 | 65.28 |
| | Vision | -11.82* | 189.12 |
| | 121 Rn Dues | -40.62 | 649.92 |
| | 401-K | -644.84* | 9,787.46 |
| | 401-K Loan | -430.75 | 6,525.65 |

Other Benefits and
Information          this period    total to date
Current Cp Hrs                        16.05

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 07/18 | NO PUNCHES | | | | |
| Mon | 07/19 | 6:39am | 1:14pm | 1:46pm | 7:16pm | 12.00 |
| Tue | 07/20 | NO PUNCHES | | | | |
| Wed | 07/21 | NO PUNCHES | | | | |
| Thu | 07/22 | NO PUNCHES | | | | |
| Fri | 07/23 | 6:39am | 3:09pm | 3:38pm | 7:11pm | 12.00 |
| Sat | 07/24 | NO PUNCHES | | | | |
| Sun | 07/25 | NO PUNCHES | | | | |
| Mon | 07/26 | NO PUNCHES | | | | |
| Tue | 07/27 | 6:52am | 2:20pm | 2:50pm | 7:10pm | 12.00 |
| Wed | 07/28 | 6:42am | 12:47pm | 1:19pm | 7:13pm | 12.00 |
| Thu | 07/29 | NO PUNCHES | | | | |
| Fri | 07/30 | NO PUNCHES | | | | |
| Sat | 07/31 | 6:49am | 1:41pm | 2:15pm | 7:09pm | 12.00 |

©2000 ADP, Inc.

THIS IS NOT A CHECK

NON-NEGOTIABLE

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Advice number: 00000110182
Pay date: 08/06/2010

Deposited to the account of
PRISCILLA RIDOLOSO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xx1486 | XXXX XXXX | $1,764.48 |

01/02/2010  04:04    9999444    PAGE  02



CO    FILE    DEPT    CLOCK    VCHR NO.    170
PJM    371802    904100    N7011    00002901

# Earnings Statement

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 07/04/2010 |
| Period Ending: | 07/17/2010 |
| Pay Date: | 07/23/2010 |

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:        8
  CA:                8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-18D2

| Earnings | rate | hours | this period | Year to date |
|---|---|---|---|---|
| Regular | 49.1780 | 57.00 | 2,836.10 | 49,347.40 |
| Hol Diff | 49.7556 | 9.25 | 380.11 | 628.55 |
| Cash Plus | | | | 8,860.08 |
| Charge | | | | 131.75 |
| D/T | | | | 124.36 |
| Educate | | | | 90.51 |

| Net Pay | $1,455.73 | | |
|---|---|---|---|

Excluded from federal taxable wages

Your federal taxable wages this period are
$2,920.46

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -94.61 | 2,012.49 |
| | Social Security Tax | -184.26 | 3,861.87 |
| | Medicare Tax | -43.10 | 916.08 |
| | CA State Income Tax | -35.04 | 615.93 |
| | CA SUI/SDI Tax | -29.69 | 543.23 |
| | Other | | |
| | Amo Medical | -31.85 | 479.75 |
| | Amo Personal | -16.89 | 253.33 |
| | CASH | -1,478.96 | |
| | Dental | -53.84 | 408.90 |
| | Dep Life | -34.35 | 515.25 |
| | Dependent Ad&D | -1.71 | 25.65 |
| | Bas Life | -90.28 | 604.20 |
| | Sup Ad&D | -8.08 | 121.20 |
| | Vision | -11.82 | 177.30 |
| | 124 Pd Ded. | -90.12 | 600.30 |
| | 401K | -53.32 | 742.62 |
| | 401K Match | -410.75 | 6,604.77 |

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current 00 Hrs | | 18.20 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 07/04 | 6:40am | 12:25pm | 12:55pm | 4:25pm | 9.25 |
| Mon | 07/05 | NO PUNCHES | | | | |
| Tue | 07/06 | NO PUNCHES | | | | |
| Wed | 07/07 | NO PUNCHES | | | | |
| Thu | 07/08 | 6:42am | 2:36pm | 3:06pm | 7:12pm | 12.00 |
| Fri | 07/09 | NO PUNCHES | | | | |
| Sat | 07/10 | NO PUNCHES | | | | |
| Sun | 07/11 | NO PUNCHES | | | | |
| Mon | 07/11 | NO PUNCHES | | | | |
| Tue | 07/13 | 6:58am | 1:19pm | 1:49pm | 7:11pm | 12.00 |
| Wed | 07/14 | 6:47am | 1:44pm | 2:14pm | 7:12pm | 12.00 |
| Thu | 07/15 | NO PUNCHES | | | | |
| Fri | 07/16 | NO PUNCHES | | | | |
| Sat | 07/17 | 7:08am | 1:28pm | 1:59pm | 7:10pm | 11.75 |

VERIFY DOCUMENT AUTHENTICITY · COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

PRISCILLA RIDOLOSO

NON-NEGOTIABLE

# Earnings Statement

**ADP**

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 06/20/2010 |
| Period Ending: | 07/03/2010 |
| Pay Date: | 07/09/2010 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 8
CA: 8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7592 | 60.00 | 2,985.37 | 39,511.50 |
| Cash Plus | 49.7592 | 19.41 | 965.77 | 8,660.90 |
| Charge | 49.7592 | .12.00 | 12.00 | 131.75 |
| D/T | | | | 24.86 |
| Educate | | | | 69.51 |
| Hol Diff | | | | 298.53 |
| **Gross Pay** | | | | 41,725.01 |

Net Pay .30.00

* Excluded from federal taxable wages

Your federal taxable wages this period are

| Deductions | Statutory | this period | total to date |
|---|---|---|---|
| | Federal Income Tax | 204.93 | 1,917.59 |
| | Social Security Tax | 239.00 | 2,871.58 |
| | Medicare Tax | 56.10 | 672.08 |
| | CA State Income Tax | 66.41 | 780.89 |
| | CA SUI/SDI Tax | 42.56 | 510.54 |
| | **Other** | | |
| | Aflac Cancer | 31.89 | 445.00 |
| | Aflac Personal | 16.89 | 236.46 |
| | Checking | 1,975.86 | |
| | Dental | 33.26 | 465.64 |
| | Dep Life | 34.35 | 480.90 |
| | Dependent AD&D | 1.71 | 23.94 |
| | Emp Life | 40.36 | 563.92 |
| | Supp Ad&D | 4.09 | 57.12 |
| | Vision | 11.82 | 165.48 |
| | 121 Rn Dues | 40.62 | 568.68 |
| | 401 K | 713.17 | 8,390.70 |
| | 401 K Loan | 430.75 | 5,564.15 |

Other Benefits and Information — this period — total to date
Current Op Hrs — 10.40

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 06/20 | 6:41am | 1:23pm | 1:51pm | 7:15pm | 12.00 |
| Mon 06/21 | 6:41am | 1:07pm | 1:38pm | 7:14pm | 12.00 |
| Tue 06/22 | NO PUNCHES | | | | |
| Wed 06/23 | NO PUNCHES | | | | |
| Thu 06/24 | NO PUNCHES | | | | |
| Fri 06/25 | NO PUNCHES | | | | |
| Sat 06/26 | NO PUNCHES | | | | |
| Sun 06/27 | NO PUNCHES | | | | |
| Mon 06/28 | NO PUNCHES | | | | |
| Tue 06/29 | 6:39am | 1:23pm | 1:53pm | 7:15pm | 12.00 |
| Wed 06/30 | 6:39am | 2:01pm | 2:32pm | 7:35pm | 12.00 |
| Thu 07/01 | NO PUNCHES | | | | |
| Fri 07/02 | NO PUNCHES | | | | |
| Sat 07/03 | 6:40am | 1:28pm | 2:01pm | 6:10pm | 12.00 |


VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Deposited to the account of — Account Number — transit ABA — amount
PRISCILLA RIDOLOSO — XXXXXX — XXX, XXXX — $1,975.86

THIS IS NOT

NON-NEGOTIABLE

# Earnings Statement

**ADP**

PJM   471802-504100 N7001   0000280178  1

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Period Beginning:   06/06/2010
Period Ending:      06/19/2010
Pay Date:           06/25/2010

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:   8
    CA:        8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 48.7562 | 70.50 | 3,507.81 | 36,635.92 |
| Lwop | 48.7562 | .00 | | |
| Cash Plus | | | | 7,694.29 |
| Charge | | | | 119.75 |
| D/T | | | | 24.68 |
| Educate | | | | 99.51 |
| Hol Diff | | | | 408.53 |
| **Gross Pay** | | | **$3,507.81** | **45,762.89** |

| Other | | this period | year to date |
|---|---|---|---|
| 401-K Loan | | 430.75 | 6,233.41 |
| **Net Pay** | | **$0.00** | |

Excluded from federal taxable wages

Your federal taxable wages this period are
$2,782.58

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | 248.93 | 3,712.55 |
| | Social Security Tax | 211.67 | 2,637.99 |
| | Medicare Tax | 49.51 | 616.88 |
| | CA State Income Tax | 59.33 | 594.08 |
| | CA SUI/SDI Tax | 37.58 | 467.90 |

| Other | | |
|---|---|---|
| Aflac Cancer | 31.85 | 414.05 |
| Aflac Personal | 16.89 | 219.57 |
| Checking | 1,223.19 | |
| Dental | 33.26 | 432.38 |
| Dep Life | 34.35 | 446.55 |
| Dependent Ad&D | 1.71 | 22.23 |
| Emp Life | 40.26 | 523.34 |
| Supr Ad&D | 4.08 | 53.04 |
| Vision | 11.82 | 153.66 |
| 121 Pro Dues | 40.92 | 608.06 |
| 401-K | 531.91 | 7,877.33 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 19.41 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 06/06 | 7:06am | 1:06pm | 1:56pm | 7:40pm | 11:75 |
| Mon 06/07 | 6:41am | 1:27pm | 1:57pm | 7:15pm | 12:00 |
| Tue 06/08 | NO PUNCHES | | | | |
| Wed 06/09 | NO PUNCHES | | | | |
| Thu 06/10 | NO PUNCHES | | | | |
| Fri 06/11 | 6:41am | 12:37pm | 1:07pm | 6:50pm | 11:75 |
| Sat 06/12 | NO PUNCHES | | | | |
| Sun 06/13 | NO PUNCHES | | | | |
| Mon 06/14 | NO PUNCHES | | | | |
| Tue 06/15 | 6:33am | 1:07pm | 1:33pm | 7:09pm | 12:00 |
| Wed 06/16 | 6:44am | 12:39pm | 1:21pm | 7:17pm | 12:00 |
| Thu 06/17 | 6:36am | 1:00pm | 1:30pm | 6:20pm | 11:00 |
| Fri 06/18 | NO PUNCHES | | | | |
| Sat 06/19 | NO PUNCHES | | | | |



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARKER AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER          Advice number:   00000280178
1300 N. VERMONT AVE                             Pay date:        06/25/2010
LOS ANGELES CA 90027

Deposited to the account of          account number     transit ABA     amount
PRISCILLA RIDOLOSO                   xx1486            xxxx xxxx         $1,223.19

NON-NEGOTIABLE

**Earnings Statement** ADP

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 05/23/2010 |
| Period Ending: | 06/05/2010 |
| Pay Date: | 06/11/2010 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 8
CA: 8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 48.00 | 2,388.30 | 32,018.12 |
| Cash Plus | 40.7562 | 8.22 | 418.95 | 7,894.29 |
| Educate | 49.7562 | 2.00 | 99.51 | 99.51 |
| Lwop | 40.7562 | 12.00 | | |
| Charge | | | 419.75 | |
| D/T | | | 24.88 | |
| Hol Diff | | | 289.63 | |
| **Gross Pay** | | | **$2,906.76** | 40,485.08 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | 75.30 | 1,863.72 |
| | Social Security Tax | 174.40 | 2,426.68 |
| | Medicare Tax | 40.78 | 567.57 |
| | CA State Income Tax | 26.55 | 634.85 |
| | CA SUI/SDI Tax | 30.04 | 430.42 |
| | Other | | |
| | Aflac Cancer | 31.85 | 382.20 |
| | Aflac Personal | 16.89 | 202.68 |
| | Checking | 1,390.28 | |
| | Dental | 33.26 | 399.12 |
| | Dep Life | 34.35 | 412.20 |
| | Dependent Ad&D | 1.71 | 20.52 |
| | Emp Life | 40.29 | 483.36 |
| | Supp Ad&D | 4.08 | 48.96 |
| | Vision | 11.82 | 143.84 |
| | Un Bn Dues | 40.52 | 487.44 |
| | 401-K | 523.29 | 7,245.03 |

| Other | | this period | year to date |
|---|---|---|---|
| 401-K Loan | | 430.76 | 4,802.66 |
| **Net Pay** | | **$0.00** | |

Excluded from federal taxable wages

Your federal taxable wages this period are $2,289.22

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Current Accruals | | 9.63 |

| Time Card Detail | | | | |
|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Sun 05/23 | 6:51am | 2:18pm | 2:55pm | 7:12pm | 12.00 |
| Mon 05/24 | 6:40am | 1:25pm | 1:54pm | 7:33pm | 12.00 |
| Tue 05/25 | NO PUNCHES | | | | |
| Wed 05/26 | NO PUNCHES | | | | |
| Thu 05/27 | 6:47am | 1:43pm | 2:09pm | 7:14pm | 12.00 |
| Fri 05/28 | NO PUNCHES | | | | |
| Sat 05/29 | NO PUNCHES | | | | |
| Sun 05/30 | NO PUNCHES | | | | |
| Mon 05/31 | NO PUNCHES | | | | |
| Tue 06/01 | NO PUNCHES | | | | |
| Wed 06/02 | 6:41am | 2:28pm | 2:56pm | 7:13pm | 12.00 |
| Thu 06/03 | 1:00pm | 4:00pm | | | 3.00 |
| Fri 06/04 | NO PUNCHES | | | | |
| Sat 06/05 | NO PUNCHES | | | | |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| Deposited to the account of | account number | transit ABA | Amount |
|---|---|---|---|
| PRISCILLA RIDOLOSO | xx1496 | xxxx xxxx | $1,390.28 |

THIS IS NOT

**NON-NEGOTIABLE**

CO.    TITLE    DEPT.   CLOCK  VCHR. NO.  170
PJM   871802  804100  N701T   0000210192   1

# Earnings Statement

**ADP®**

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 05/09/2010 |
| Period Ending: | 05/22/2010 |
| Pay Date: | 05/28/2010 |

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:      8
  CA:           8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number:  XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 42.50 | 2,114.64 | 29,629.82 |
| Cash Plus | 49.7562 | 19.02 | 946.36 | 7,275.34 |
| Charge | 49.7562 | 12.00 | 12.00 | 119.75 |
| D/T | | | | 24.88 |
| Hol Diff | | | | 298.53 |
| **Gross Pay** | | | **$3,073.00** | 37,348.32 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,426.04

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -95.45 | 1,488.72 |
| | Social Security Tax | -184.71 | 2,251.61 |
| | Medicare Tax | -43.20 | 526.59 |
| | CA State Income Tax | -35.42 | 607.60 |
| | CA SUI/SDI Tax | -32.77 | 399.48 |
| | **Other** | | |
| | Aflac Cancer | -31.85* | 350.35 |
| | Aflac Personal | -16.89* | 185.79 |
| | Checking | -1,482.70 | |
| | Dental | -33.26* | 365.86 |
| | Dep Life | -34.35 | 377.85 |
| | Dependent Ad&D | -1.71 | 18.81 |
| | Emp Life | -40.28 | 443.08 |
| | Supp Ad&D | -4.08 | 44.88 |
| | Vision | -11.82* | 130.02 |
| | 121 Rn Dues | -40.62 | 446.82 |
| | 401-K | -553.14* | 6,722.70 |
| | 401-K Loan | -430.75 | 4,371.91 |
| | **Net Pay** | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 8.42 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 05/09 | 6:44am | 1:13pm | 1:42pm | | 6.50 |
| Mon | 05/10 | 6:49am | 1:03pm | 1:33pm | 7:09pm | 12.00 |
| Tue | 05/11 | 6:40am | 1:49pm | 2:18pm | 7:17pm | 12.00 |
| Wed | 05/12 | NO PUNCHES | | | | |
| Thu | 05/13 | NO PUNCHES | | | | |
| Fri | 05/14 | NO PUNCHES | | | | |
| Sat | 05/15 | NO PUNCHES | | | | |
| Sun | 05/16 | NO PUNCHES | | | | |
| Mon | 05/17 | NO PUNCHES | | | | |
| Tue | 05/18 | NO PUNCHES | | | | |
| Wed | 05/19 | NO PUNCHES | | | | |
| Thu | 05/20 | NO PUNCHES | | | | |
| Fri | 05/21 | NO PUNCHES | | | | |
| Sat | 05/22 | 6:41am | 2:42pm | 3:14pm | 7:10pm | 12.00 |

© 2010 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY COLORED AREA MUST CHANGE INK TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

THIS IS NOT A CHECK

NON-NEGOTIABLE

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Advice number: | 00000210192 |
| Pay date: | 05/28/2010 |

Deposited to the account of
PRISCILLA RIDOLOSO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xx1486 | XXXX XXXX | $1,482.70 |

# Earnings Statement

**ADP**

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 04/25/2010 |
| Period Ending: | 05/08/2010 |
| Pay Date: | 05/14/2010 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:    8
CA:         8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 72.00 | 3,582.45 | 27,515.18 |
| Charge | 49.7562 | 36.00 | 36.00 | 107.75 |
| Cash Plus | | | | 6,328.98 |
| D/T | | | | 24.88 |
| Hol Diff | | | | 298.53 |
| **Gross Pay** | | | **$3,618.45** | 34,275.32 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -162.54 | 1,393.27 |
| | Social Security Tax | -218.53 | 2,066.90 |
| | Medicare Tax | -51.11 | 483.39 |
| | CA State Income Tax | -66.17 | 572.18 |
| | CA SUI/SDI Tax | -38.77 | 366.71 |
| | **Other** | | |
| | Aflac Cancer | -31.85* | 318.50 |
| | Aflac Personal | -16.89* | 168.90 |
| | Checking | -1,784.40 | |
| | Dental | -33.26* | 332.60 |
| | Dep Life | -34.35 | 343.50 |
| | Dependent Ad&D | -1.71 | 17.10 |
| | Emp Life | -40.28 | 402.80 |
| | Supp Ad&D | -4.08 | 40.80 |
| | Vision | -11.82* | 118.20 |
| | 121 Rn Dues | -40.62 | 406.20 |
| | 401-K | -651.32* | 6,169.56 |
| | 401-K Loan | -430.75 | 3,941.16 |
| | **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,873.31

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 19.02 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 04/25 | 6:38am | 1:28pm | 1:58pm | 7:15pm | 12.00 |
| Mon 04/26 | 6:41am | 1:33pm | 2:04pm | 7:10pm | 12.00 |
| Tue 04/27 | NO PUNCHES | | | | |
| Wed 04/28 | NO PUNCHES | | | | |
| Thu 04/29 | NO PUNCHES | | | | |
| Fri 04/30 | NO PUNCHES | | | | |
| Sat 05/01 | 6:44am | 12:44pm | 1:14pm | 7:17pm | 12.00 |
| Sun 05/02 | NO PUNCHES | | | | |
| Mon 05/03 | NO PUNCHES | | | | |
| Tue 05/04 | 6:38am | 1:30pm | 2:00pm | 7:13pm | 12.00 |
| Wed 05/05 | 6:46am | 1:01pm | 1:30pm | 7:10pm | 12.00 |
| Thu 05/06 | NO PUNCHES | | | | |
| Fri 05/07 | NO PUNCHES | | | | |
| Sat 05/08 | 6:38am | 1:25pm | 2:00pm | 7:10pm | 12.00 |

©2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM.

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Advice number:    Q0000190175
Pay date:          05/14/2010

Deposited to the account of
PRISCILLA RIDOLOSO

| | account number | transit ABA | amount |
|---|---|---|---|
| | xx1486 | xxxx xxxx | $1,784.40 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

ADP®

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 04/11/2010 |
| Period Ending: | 04/24/2010 |
| Pay Date: | 04/30/2010 |

Taxable Marital Status:    Married
Exemptions/Allowances:
Federal:    8
CA:    8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 60.00 | 2,985.37 | 23,932.73 |
| Cash Plus | 49.7562 | 7.06 | 351.28 | 6,328.98 |
| Charge | 49.7562 | 36.00 | 36.00 | 71.75 |
| D/T | | | | 24.88 |
| Hol Diff | | | | 298.53 |
| **Gross Pay** | | | **$3,372.65** | 30,656.87 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,671.75

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 9.17 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -132.30 | 1,230.73 |
| | Social Security Tax | -203.28 | 1,848.37 |
| | Medicare Tax | -47.54 | 432.28 |
| | CA State Income Tax | -52.31 | 506.01 |
| | CA SUI/SDI Tax | -36.07 | 327.94 |
| | **Other** | | |
| | Aflac Cancer | -31.85* | 286.65 |
| | Aflac Personal | -16.89* | 152.01 |
| | Checking | -1,648.46 | |
| | Dental | -33.26* | 299.34 |
| | Dep Life | -34.35 | 309.15 |
| | Dependent Ad&D | -1.71 | 15.39 |
| | Emp Life | -40.28 | 362.52 |
| | Supp Ad&D | -4.08 | 36.72 |
| | Vision | -11.82* | 106.38 |
| | 121 Rn Dues | -40.62 | 365.58 |
| | 401-K | -607.08* | 5,518.24 |
| | 401-K Loan | -430.75 | 3,510.41 |
| | **Net Pay** | | **$0.00** |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 04/11 | 6:42am | 1:19pm | 1:47pm | 7:10pm | 12.00 |
| Mon 04/12 | 6:40am | 12:34pm | 1:00pm | 7:14pm | 12.00 |
| Tue 04/13 | NO PUNCHES | | | | |
| Wed 04/14 | NO PUNCHES | | | | |
| Thu 04/15 | NO PUNCHES | | | | |
| Fri 04/16 | NO PUNCHES | | | | |
| Sat 04/17 | NO PUNCHES | | | | |
| Sun 04/18 | NO PUNCHES | | | | |
| Mon 04/19 | 6:39am | 1:00pm | 1:33pm | 7:17pm | 12.00 |
| Tue 04/20 | 6:45am | 1:37pm | 2:09pm | 7:17pm | 12.00 |
| Wed 04/21 | NO PUNCHES | | | | |
| Thu 04/22 | 6:38am | 1:45pm | 2:18pm | 7:11pm | 12.00 |
| Fri 04/23 | NO PUNCHES | | | | |
| Sat 04/24 | NO PUNCHES | | | | |

© 2000 ADP, Inc.

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA WILL GRADUALLY CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| Advice number: | 00000170184 |
|---|---|
| Pay date: | 04/30/2010 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PRISCILLA RIDOLOSO | xx1486 | XXXX XXXX | $1,648.46 |

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

CO    TITLE    DEPT    CLOCK    VCHR NO.    1/0
PJM    871802 604100 N7011    0000130192    1

# Earnings Statement

**ADP**

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Period Beginning: | 03/14/2010 |
| Period Ending: | 03/27/2010 |
| Pay Date: | 04/02/2010 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:        8
    CA:              8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 61.75 | 3,072.45 | 19,193.45 |
| Charge | 49.7562 | 11.75 | 11.75 | 35.75 |
| Cash Plus | | | | 5,165.18 |
| D/T | | | | 24.88 |
| Hol Dlff | | | | 298.53 |
| **Gross Pay** | | | **$3,084.20** | 24,717.79 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,435.22

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 16.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -96.82 | 1,062.55 |
| | Social Security Tax | -185.41 | 1,491.79 |
| | Medicare Tax | -43.37 | 348.89 |
| | CA State Income Tax | -36.05 | 440.20 |
| | CA SUI/SDI Tax | -32.89 | 264.67 |
| | **Other** | | |
| | Aflac Cancer | -31.85* | 222.95 |
| | Aflac Personal | -16.89* | 118.23 |
| | Checking | -1,919.64 | |
| | Dental | -33.26* | 232.82 |
| | Dep Life | -34.35 | 240.45 |
| | Dependent Ad&D | -1.71 | 11.97 |
| | Emp Life | -40.28 | 281.96 |
| | Supp Ad&D | -4.08 | 28.56 |
| | Vision | -11.82* | 82.74 |
| | 121 Rn Dues | -40.62 | 284.34 |
| | 401-K | -555.16* | 4,449.20 |
| | 401-K Loan | | 2,648.91 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 03/14 | 6:59am | 1:25pm | 1:55pm | 7:12pm | 11.75 |
| Mon | 03/15 | 6:47am | 1:59pm | 2:31pm | | 7.25 |
| Tue | 03/16 | NO PUNCHES | | | | |
| Wed | 03/17 | NO PUNCHES | | | | |
| Thu | 03/18 | NO PUNCHES | | | | |
| Fri | 03/19 | 6:39am | 12:59pm | 1:30pm | 7:08pm | 12.00 |
| Sat | 03/20 | NO PUNCHES | | | | |
| Sun | 03/21 | NO PUNCHES | | | | |
| Mon | 03/22 | 6:40am | 1:05pm | 1:35pm | 7:12pm | 12.00 |
| Tue | 03/23 | 6:40am | 12:47pm | 1:17pm | 7:12pm | 12.00 |
| Wed | 03/24 | 6:44am | 1:35pm | | | 6.75 |
| Wed | 03/24 | 7:14pm | | | | 0.00 |
| Thu | 03/25 | NO PUNCHES | | | | |
| Fri | 03/26 | NO PUNCHES | | | | |
| Sat | 03/27 | NO PUNCHES | | | | |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

| | |
|---|---|
| Advice number: | 00000130192 |
| Pay date: | 04/02/2010 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PRISCILLA RIDOLOSO | XX1486 | XXXX XXXX | $1,919.64 |

## NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Period Beginning:    02/28/2010
Period Ending:       03/13/2010
Pay Date:            03/19/2010

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   8
  CA:        8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 48.00 | 2,388.30 | 16,121.00 |
| Cash Plus | 49.7562 | 9.63 | 479.15 | 5,165.18 |
| Charge | 49.7562 | 12.00 | 12.00 | 24.00 |
| D/T | | | | 24.88 |
| Hol Diff | | | | 298.53 |
| **Gross Pay** | | | **$2,879.45** | 21,633.59 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,267.33

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 7.88 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -71.64 | 965.73 |
| Social Security Tax | -172.71 | 1,306.38 |
| Medicare Tax | -40.39 | 305.52 |
| CA State Income Tax | -25.50 | 404.15 |
| CA SUI/SDI Tax | -30.64 | 231.78 |

| Other | this period | year to date |
|---|---|---|
| Aflac Cancer | -31.85* | 191.10 |
| Aflac Personal | -16.89* | 101.34 |
| Checking | -1,805.41 | |
| Dental | -33.26* | 199.56 |
| Dep Life | -34.35 | 206.10 |
| Dependent Ad&D | -1.71 | 10.26 |
| Emp Life | -40.28 | 241.68 |
| Supp Ad&D | -4.08 | 24.48 |
| Vision | -11.82* | 70.92 |
| 121 Rn Dues | -40.62 | 243.72 |
| 401-K | -518.30* | 3,894.04 |
| 401-K Loan | | 2,648.91 |
| **Net Pay** | **$0.00** | |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 02/28 | NO PUNCHES | | | | |
| Mon | 03/01 | 6:49am | 1:57pm | 2:27pm | 7:14pm | 12.00 |
| Tue | 03/02 | NO PUNCHES | | | | |
| Wed | 03/03 | NO PUNCHES | | | | |
| Thu | 03/04 | NO PUNCHES | | | | |
| Fri | 03/05 | NO PUNCHES | | | | |
| Sat | 03/06 | NO PUNCHES | | | | |
| Sun | 03/07 | NO PUNCHES | | | | |
| Mon | 03/08 | NO PUNCHES | | | | |
| Tue | 03/09 | NO PUNCHES | | | | |
| Wed | 03/10 | 6:48am | 1:02pm | 1:33pm | 7:16pm | 12.00 |
| Thu | 03/11 | 6:40am | 1:04pm | 1:32pm | 7:08pm | 12.00 |
| Fri | 03/12 | 6:48am | 1:37pm | 2:07pm | 7:11pm | 12.00 |
| Sat | 03/13 | NO PUNCHES | | | | |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA WILL CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Advice number:    00000110197
Pay date:         03/19/2010

**THIS IS NOT A CHECK**

Deposited to the account of
PRISCILLA RIDOLOSO

| account number | transit ABA | amount |
|---|---|---|
| xx1486 | xxxx xxxx | $1,805.41 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

ADP

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE
LOS ANGELES CA 90027

Period Beginning: 02/14/2010
Period Ending: 02/27/2010
Pay Date: 03/05/2010

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 8
CA: 8

PRISCILLA RIDOLOSO
6589 BRADFORD CT.
RANCHO CUCAMONGA CA 91701

Social Security Number: XXX-XX-1802

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 49.7562 | 60.00 | 2,985.37 | 13,732.70 |
| Cash Plus | 49.7562 | 10.40 | 517.46 | 4,686.03 |
| Charge | | | | 12.00 |
| D/T | | | | 24.88 |
| Hol Diff | | | | 298.53 |
| Gross Pay | | | $3,502.83 | 18,754.14 |

| Adjustment | this period | year to date |
|---|---|---|
| 401-K Loan | +56.00 | |
| Net Pay | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,778.50

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -148.31 | 894.09 |
| | Social Security Tax | -211.36 | 1,133.67 |
| | Medicare Tax | -49.43 | 265.13 |
| | CA State Income Tax | -59.65 | 378.65 |
| | CA SUI/SDI Tax | -37.50 | 201.14 |
| | Other | | |
| | Aflac Cancer | -31.85* | 159.25 |
| | Aflac Personal | -16.89* | 84.45 |
| | Checking | -2,207.21 | |
| | Dental | -33.26* | 166.30 |
| | Dep Life | -34.35 | 171.75 |
| | Dependent Ad&D | -1.71 | 8.55 |
| | Emp Life | -40.28 | 201.40 |
| | Supp Ad&D | -4.08 | 20.40 |
| | Vision | -11.82* | 59.10 |
| | 121 Rn Dues | -40.62 | 203.10 |
| | 401-K | -630.51* | 3,375.74 |
| | 401-K Loan | | 2,648.91 |

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Current Cp Hrs | | 9.63 |

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 02/14 | 6:45am | 1:01pm | 1:31pm | 7:11pm | 12.00 |
| Mon 02/15 | 6:43am | 1:17pm | 1:46pm | 7:09pm | 12.00 |
| Tue 02/16 | NO PUNCHES | | | | |
| Wed 02/17 | NO PUNCHES | | | | |
| Thu 02/18 | NO PUNCHES | | | | |
| Fri 02/19 | 6:45am | 1:01pm | 1:28pm | 7:14pm | 12.00 |
| Sat 02/20 | NO PUNCHES | | | | |
| Sun 02/21 | NO PUNCHES | | | | |
| Mon 02/22 | NO PUNCHES | | | | |
| Tue 02/23 | 6:40am | 2:27pm | 2:57pm | 7:10pm | 12.00 |
| Wed 02/24 | 6:46am | 1:22pm | 1:51pm | 7:12pm | 12.00 |
| Thu 02/25 | NO PUNCHES | | | | |
| Fri 02/26 | NO PUNCHES | | | | |
| Sat 02/27 | NO PUNCHES | | | | |

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

HOLLYWOOD PRESBYTERIAN MEDICAL CENTER
1300 N. VERMONT AVE.
LOS ANGELES CA 90027

Advice number: 00000090203
Pay date: 03/05/2010

Deposited to the account of
PRISCILLA RIDOLOSO

| account number | transit ABA | amount |
|---|---|---|
| xx1486 | XXXX XXXX | $2,207.21 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ● HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

B22C (Official Form 22C) (Chapter 13) (04/10)

| | |
|---|---|
| In re **Priscilla Bridoloso Ridoloso** | According to the calculations required by this statement: |
| _____ | ☐ **The applicable commitment period is 3 years.** |
| Debtor(s) | ■ **The applicable commitment period is 5 years.** |
| Case Number: _____ | ■ **Disposable income is determined under § 1325(b)(3).** |
| (If known) | ☐ **Disposable income is not determined under § 1325(b)(3).** |
| | (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. REPORT OF INCOME** | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ■ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** <br> **Debtor's Income** | **Column B** <br> **Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $    14,292.96 | $    0.00 |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$    0.00</td><td>$    0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$    0.00</td><td>$    0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $    0.00 | $    0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** <table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$    0.00</td><td>$    0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$    0.00</td><td>$    0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $    0.00 | $    0.00 |
| 5 | **Interest, dividends, and royalties.** | $    0.00 | $    0.00 |
| 6 | **Pension and retirement income.** | $    0.00 | $    0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $    0.00 | $    0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $    0.00</td><td>Spouse $    0.00</td></tr></table> | $    0.00 | $    0.00 |

B22C (Official Form 22C) (Chapter 13) (04/10)                                                                                      2

| 9 | Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|
| | | **Debtor** | **Spouse** | |
| | a. | $ | $ | |
| | b. | $ | $ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $ 14,292.96 | $ 0.00 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | | $ 14,292.96 |

### Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | $ 14,292.96 |
|---|---|---|
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a.        $ | |
| | b.        $ | |
| | c.        $ | |
| | Total and enter on Line 13 | $ 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ 14,292.96 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ 171,515.52 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence:   **CA**   b. Enter debtor's household size:   **5** | $ 86,694.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br>■ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

### Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | $ 14,292.96 |
|---|---|---|
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a.        $ | |
| | b.        $ | |
| | c.        $ | |
| | Total and enter on Line 19. | $ 0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ 14,292.96 |

**B22C (Official Form 22C) (Chapter 13) (04/10)**     3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount on Line 20 by the number 12 and enter the result. | $ | **171,515.52** |
|---|---|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | **86,694.00** |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **1,633.00** |
|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. |
|---|---|

| Household members under 65 years of age | | Household members 65 years of age or older | | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | **60** | a2. | Allowance per member | **144** |
| b1. | Number of members | **5** | b2. | Number of members | **0** |
| c1. | Subtotal | **300.00** | c2. | Subtotal | **0.00** |

(Line 24B) $ **300.00**

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **529.00** |
|---|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** |
|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $ | **1,476.00** |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ | **3,156.00** |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | **0.00** |

(Line 25B) $ **0.00**

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | **0.00** |
|---|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0   ☐ 1   ■ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **566.00** |
|---|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **0.00** |

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ■ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ **496.00** | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ **126.50** | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ **369.50** |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  **Do not enter an amount less than zero.** | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ **496.00** | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ **440.40** | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ **55.60** |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | **2,049.30** |
|---|---|---|---|
| 31 | **Other Necessary Expenses: mandatory deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **191.44** |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **235.69** |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in line 49.** | $ | **0.00** |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ | **0.00** |

**B22C (Official Form 22C) (Chapter 13) (04/10)** 5

| 36 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ | 0.00 |
|---|---|---|---|
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | 0.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ | 5,929.53 |

<table>
<tr><td colspan="4" align="center"><b>Subpart B: Additional Living Expense Deductions</b><br><b>Note: Do not include any expenses that you have listed in Lines 24-37</b></td></tr>
<tr>
<td rowspan="2">39</td>
<td colspan="3"><b>Health Insurance, Disability Insurance, and Health Savings Account Expenses.</b> List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.
<table>
<tr><td>a.</td><td>Health Insurance</td><td>$</td><td align="right">97.67</td></tr>
<tr><td>b.</td><td>Disability Insurance</td><td>$</td><td align="right">12.54</td></tr>
<tr><td>c.</td><td>Health Savings Account</td><td>$</td><td align="right">0.00</td></tr>
</table>
Total and enter on Line 39</td>
<td>$</td>
<td align="right">110.21</td>
</tr>
<tr>
<td colspan="3"><b>If you do not actually expend this total amount,</b> state your actual total average monthly expenditures in the space below:<br>$</td>
<td colspan="2"></td>
</tr>
<tr>
<td>40</td>
<td colspan="3"><b>Continued contributions to the care of household or family members.</b> Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. <b>Do not include payments listed in Line 34.</b></td>
<td>$</td>
<td align="right">0.00</td>
</tr>
<tr>
<td>41</td>
<td colspan="3"><b>Protection against family violence.</b> Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court.</td>
<td>$</td>
<td align="right">0.00</td>
</tr>
<tr>
<td>42</td>
<td colspan="3"><b>Home energy costs.</b> Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. <b>You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.</b></td>
<td>$</td>
<td align="right">0.00</td>
</tr>
<tr>
<td>43</td>
<td colspan="3"><b>Education expenses for dependent children under 18.</b> Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. <b>You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.</b></td>
<td>$</td>
<td align="right">0.00</td>
</tr>
<tr>
<td>44</td>
<td colspan="3"><b>Additional food and clothing expense.</b> Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <b>You must demonstrate that the additional amount claimed is reasonable and necessary.</b></td>
<td>$</td>
<td align="right">0.00</td>
</tr>
<tr>
<td>45</td>
<td colspan="3"><b>Charitable contributions.</b> Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). <b>Do not include any amount in excess of 15% of your gross monthly income.</b></td>
<td>$</td>
<td align="right">50.00</td>
</tr>
<tr>
<td>46</td>
<td colspan="3"><b>Total Additional Expense Deductions under § 707(b).</b> Enter the total of Lines 39 through 45.</td>
<td>$</td>
<td align="right">160.21</td>
</tr>
</table>

B22C (Official Form 22C) (Chapter 13) (04/10)                                                    6

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.**  For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance | |
|---|---|---|---|---|---|
| a. | **Capital One Auto Finance** | **2005 Mitsubishi Eclipse 88,000 miles** | $            112.17 | ☐yes ■no | |
| b. | **Ford Motor Credit Corp.** | **2005 Ford F150 260,000 miles**<br><br>**Not Reliable** | $            126.50 | ☐yes ■no | |
| c. | **Honda Financial** | **2009 Honda Accord 50,000 miles** | $            328.23 | ☐yes ■no | |
| d. | **Lend America** | **Primary Residence; 6589 Bradford Ct. Rancho Cucamonga, CA 91701**<br><br>**LIQUIDATION ANALYSIS: FMV: $400,000 Liens: $356,802 COS 8%: $32,000**<br>_____<br>**TTL EQUITY: $11,198 Wildcard Exemptn: - $9890**<br>_____<br>**TTL EQUITY:  $1,30** | $         3,156.00 | ■yes ☐no | |
| | | | Total: Add Lines | | $         3,722.90 |

| | | | | |
|---|---|---|---|---|
| 48 | **Other payments on secured claims.**  If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | **Lend America** | **Primary Residence; 6589 Bradford Ct. Rancho Cucamonga, CA 91701**<br><br>**LIQUIDATION ANALYSIS: FMV: $400,000 Liens: $356,802 COS 8%: $32,000**<br>_____<br>**TTL EQUITY: $11,198 Wildcard Exemptn: - $9890**<br>_____<br>**TTL EQUITY:  $1,30** | $            716.67 | |
| | | | Total: Add Lines | $            716.67 |

| | | |
|---|---|---|
| 49 | **Payments on prepetition priority claims.**  Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  **Do not include current obligations, such as those set out in Line 33.** | $              94.23 |

B22C (Official Form 22C) (Chapter 13) (04/10)                                                                                 7

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | | | |
|----|---|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ | | 950.00 |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | | 10.00 |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ | 95.00 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ | 4,628.80 |
|----|---|---|---|

### Subpart D: Total Deductions from Income

| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ | 10,718.54 |
|----|---|---|---|

### Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ | 14,292.96 |
|----|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ | 0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ | 2,991.51 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ | 10,718.54 |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | | | |
|----|---|---|---|---|
| | | Nature of special circumstances | Amount of Expense | |
| | a. | | $ | |
| | b. | | $ | |
| | c. | | $ | |
| | | Total: Add Lines | $ | 0.00 |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ | 13,710.05 |
|----|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ | 582.91 |

### Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | | |
|----|---|---|---|
| | | Expense Description | Monthly Amount |
| | a. | | $ |
| | b. | | $ |
| | c. | | $ |
| | d. | | $ |
| | | Total: Add Lines a, b, c and d | $ |

### Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|----|---|
| | Date: __September 28, 2010__          Signature: __/s/ Priscilla Bridoloso Ridoloso__ |
| | **Priscilla Bridoloso Ridoloso** |
| | (Debtor) |

**8**

**B22C (Official Form 22C) (Chapter 13) (04/10)**                                                                9

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **03/01/2010** to **08/31/2010**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment (Hollywood)**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 03/2010 | $6,382.28 |
| 5 Months Ago: | 04/2010 | $9,023.28 |
| 4 Months Ago: | 05/2010 | $6,691.45 |
| 3 Months Ago: | 06/2010 | $6,414.57 |
| 2 Months Ago: | 07/2010 | $7,029.36 |
| Last Month: | 08/2010 | $6,567.81 |
| | Average per month: | $7,018.13 |

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employment (Kaiser)**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 03/2010 | $7,041.44 |
| 5 Months Ago: | 04/2010 | $6,799.58 |
| 4 Months Ago: | 05/2010 | $4,774.73 |
| 3 Months Ago: | 06/2010 | $8,183.55 |
| 2 Months Ago: | 07/2010 | $9,987.14 |
| Last Month: | 08/2010 | $6,862.53 |
| | Average per month: | $7,274.83 |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **H. Jasmine Dzhanszyan 240462**

Address    **315 Arden Avenue, Suite 22 Glendale, CA 91203**

Telephone    **(818) 243-7745 Fax: (818) 243-7795**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Priscilla Bridoloso Ridoloso** | Case No.: |
| | Chapter:    **13** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___2___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **September 28, 2010**          **/s/ Priscilla Bridoloso Ridoloso**
                                         **Priscilla Bridoloso Ridoloso**
                                         Signature of Debtor

Date:    **September 28, 2010**          **/s/ H. Jasmine Dzhanszyan**
                                         Signature of Attorney
                                         **H. Jasmine Dzhanszyan 240462**
                                         **Ray Bulaon Law Offices, Inc.**
                                         **315 Arden Avenue, Suite 22**
                                         **Glendale, CA 91203**
                                         **(818) 243-7745   Fax: (818) 243-7795**

Priscilla Bridoloso Ridoloso
6589 Bradford Ct.
Rancho Cucamonga, CA 91701


H. Jasmine Dzhanszyan
Ray Bulaon Law Offices, Inc.
315 Arden Avenue, Suite 22
Glendale, CA 91203


Capital One
Po Box 85015
Richmond, VA 23285


Capital One Auto Finance
Po Box 60511
City of Industry, CA 91716


Chase/Cc
225 Chastain Meadows Ct., Nw
Kennesaw, GA 30144


Ford Motor Credit Corp.
Po Box 7172
Pasadena, CA 91109


Franchise Tax Board
Special Procedures
P O Box 2952
Sacramento, CA 95812-2952


Hfc
PO BOX 5233
Carol Stream, IL 60197

Honda Financial
Po Box 6070
Cypress, CA 90630


Hsbc Bank
Po Box 19360
Portland, OR 97280


Lend America
Po Box 77404
Trenton, NJ 08628


Mainstcorp
3950 Johns Creek Court  Suite 100
Suwanee, GA 30024


Midland
8875 Aero Drive Suite 200
San Diego, CA 92123


Paris and Paris, LLP
424 Pico Blvd.
Santa Monica, CA 90405


Rickenbacker Group
15005 Concord Cir
Morgan Hill, CA 95037