| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>H. Jasmine Dzhanszyan – SBN: 240462<br>315 Arden Avenue, Suite 22<br>Glendale, CA 91203<br>(818) 243-7745 Fax: (919) 234-7795<br><br>☒ *Attorney for Plaintiff(s)*<br>☐ *Plaintiff(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 17 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY delatorr    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>Priscilla Bridoloso Ridoloso<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 10-bk-41299-MJ<br><br>CHAPTER: 13<br><br>**ORDER ☒ GRANTING ☐ DENYING MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF PERSONAL PROPERTY**<br><br>☒ No hearing held pursuant to LBR 9013-1(o)<br>☐ Hearing Held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

**Creditor Name**: <u>Beneficial California, Inc.; c/o HSBC  Bank</u>
*(Insert name of creditor holding lien to be avoided)*

**TO CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:**

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid liens on personal property claimed to be exempt, with respect to creditor.

Having reviewed the motion, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information**:

    a. ☒ No hearing is required: Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.

    b. ☐ A timely objection was received and a hearing was held as follows:

        (1) Date: _____  (2) Time: _____  (3) Courtroom: _____  (4) Judge: _____

        (5) The matter was: ☐ Contested ☐ Uncontested ☐ Settled by Stipulation ☐ Not Prosecuted

        (6) ☐ Debtor present in court *(Name)*: _____

        (7) ☐ Attorney for Debtor present in court *(Name)*: _____

        (8) ☐ Attorney for Lienholder present in court *(Name)*: _____

        (9) ☐ Other parties present as reflected in the court record: _____

3. Motion granted:

    a. ☐ The liens sought to be avoided are non-purchase money security interests in personal property

    b. ☐ The personal property collateral is exempt under:

        (1) ☐ California Civil Code of Procedure § _____ (Household Goods)

        (2) ☐ California Civil Code of Procedure § _____ (Jewelry)

        (3) ☐ California Civil Code of Procedure § _____ (Musical Instruments)

        (4) ☐ California Civil Code of Procedure § _____ (Tools of Trade)

        (5) ☐ California Civil Code of Procedure § _____ (*Specify:* _____)

        (6) ☐ Other Statute *(specify)*: _____

4. Motion denied on the following grounds:  ☐ With Prejudice  ☐ Without Prejudice

    a. ☐ Insufficient notice

    b. ☐ Failure to comply with FRBP 7004(b)(3) and Calif. Code of Civil Procedure, § 416.10 for corporations

    c. ☐ Insufficient evidence of the exempt status of the property in question

    d. ☐ Other *(specify)*: _____

5. ☐ The court further orders as follows *(specify)*:     ☐ See attached page

☐ Turnover of property required under 11 U.S.C. § 542

DATED: November 17, 2010

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010* Page 3 **F 4003-2.2.ORDER.PP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**315 Arden Avenue, Suite 22**
**Glendale, CA 91203**

A true and correct copy of the foregoing document described as **ORDER GRANTING/DENYING MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF PERSONAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/12/10**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Rod Danielson, Trustee: notice-efile@rodan13.com**

**United States Trustee (Riverside Division)** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **11/12/10**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hsbc Bank
PO Box 19360
Portland, OR 97280

Priscilla Bridoloso Ridoloso
6589 Bradford Ct.
Ranch Cucamonga, CA 91701

Honorable Meredith A. Jury
United States Bankruptcy Court
3420 Twelfth St., Suite 345
Riverside, CA 92501

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/12/10 | Emmanuel Vargas | /s/ Emmanuel Vargas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. § 522(f) AND FOR TURNOVER OF (PERSONAL PROPERTY)** was entered on the date indicated as entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **11/12/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Rod Danielson, Trustee: notice-efile@rodan13.com**

**United States Trustee (Riverside Division)** ustpregion16.rs.ecf@usdoj.gov

**Hasmik J Dzhanszyan** on behalf of Debtor Priscilla Bridoloso Ridoloso
bknotices@bulaonlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Hsbc Bank
PO Box 19360
Portland, OR 97280

Priscilla Bridoloso Ridoloso
6589 Bradford Ct.
Ranch Cucamonga, CA 91701

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 5                                    **F 4003-2.2.ORDER.PP**